**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET, SUITE 400S
Oakland, CA 94612
Phone: 510-637-3525



RICHARD W. WIEKING
CLERK OF COURT

September 2, 2011

| | |
|---|---|
| David Christopher Parisi | Susan Ashlie Beringer |
| Suzanne L. Havens Beckman | Gibson Dunn & Crutcher LLP |
| Azita Moradmand | 1881 Page Mill Road |
| Parisi & Havens LLP | Palo Alto, CA 94304 |
| 15233 Valleyheart Drive | |
| Sherman Oaks, CA 91403 | Deborah Kravitz |
| | KamberLaw LLP |
| David A. Stampley | 141 North St |
| Scott A. Kamber | Healdsburg, CA 95448 |
| KamberLaw, LLC | |
| 100 Wall Street, 23rd Floor | |
| New York, NY 10005 | |

Re:   Joseph Garvey, et al. v. Kissmetrics and Hulu, LLC
       C 11-3764 LB

Dear Counsel:

   This matter has been randomly assigned to United States Magistrate Judge Laurel Beeler for all purposes including trial.

   The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

   A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case. All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **September 16, 2011.** These forms can be found on the Court's website at www.cand.uscourts.gov.

Sincerely,

RICHARD W. WIEKING

*Lashanda Scott*
By: Lashanda Scott
      Deputy Clerk

Attachments

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph Garvey, et al., | No. C 11-3764 LB |
| Plaintiff(s), | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| v. | |
| Kissmetrics and Hulu, LLC, | |
| Defendant(s). | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____        _____
                                       Signature

                                       Counsel for _____
                                       (Name or party or indicate "pro se")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph Garvey, et al., | No. C 11-3764 LB |
| Plaintiff(s), | |
| v. | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE |
| | AND |
| Kissmetrics and Hulu, LLC, | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| Defendant(s). | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____  _____
Signature

Counsel for _____
(Name or party or indicate "pro se")