David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
Azita Moradmand (SBN 260271)
amoradmand@parisihavens.com
**PARISI & HAVENS LLP**
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone:(818) 990-1299
Facsimile:(818) 501-7852

Deborah Kravitz (SBN 275661)
dkravitz@kamberlaw.com
**KAMBERLAW LLP**
141 North Street
Healdsburg, CA 95448
Telephone: (707) 820-4247
Facsimile: (212) 920-3081

Counsel for Plaintiffs

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JOSEPH GARVEY, and STACEY TSAN, Individually, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KISSMETRICS and HULU, LLC,<br><br>Defendants. | CASE NO.: 4:11-cv-03764-LB<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KISSMETRICS** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Joseph Garvey and Stacy Tsan, by and through their counsel of record, hereby give notice of the voluntary dismissal of Defendant Kissmetrics, without prejudice, from the above-captioned action.  Kissmetrics has not filed an answer to this action and has not filed any motion for summary judgment.

Dated:  October 26, 2011                    Respectfully submitted,


    s/David C. Parisi
By: David C. Parisi

Deborah Kravitz (SBN 275661)
dkravitz@kamberlaw.com
**KAMBERLAW LLP**
141 North Street
Healdsburg, CA 95448
Telephone: (707) 820-4247
Facsimile:  (212) 920-3081

David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
Azita Moradmand (SBN 260271)
amoradmand@parisihavens.com
**PARISI & HAVENS LLP**
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
Facsimile:  (818) 501-7852

Counsel for Plaintiffs