PARISI & HAVENS LLP
David C. Parisi (Cal. Bar No. 162248)
dcparisi@parisihavens.com
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

KAMBERLAW LLP
Deborah Kravitz (Cal. Bar No. 275661)
dkravitz@kamberlaw.com
141 North Street
Healdsburg, CA  95448
Telephone: (707) 820-4247
Facsimile: (212) 920-3081

Attorneys for Garvey Plaintiffs

STRANGE & CARPENTER
Brian R. Strange (Cal. Bar No. 103252)
LACounsel@earthlink.net
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

Attorneys for Couch Plaintiffs

Additional counsel on signature page

# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| JOSEPH GARVEY, AND STACEY TSAN, Individually, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br>v.<br>KISSMETRICS and HULU, LLC,<br>　　　　　Defendants. | **CASE NO. 4:11-cv-03764-LB**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES**<br><br>**Jury Trial Demanded**<br><br>**Assigned to Hon. Laurel Beeler**<br>**Action Filed on July 29, 2011** |

STIPULATION TO CONSOLIDATE CASES

-1-

WHEREAS, Plaintiffs Susan Couch, Cristina Garza, Concepcion Jauregui, and Silviano Moncada (collectively, "Couch Plaintiffs") filed Case No. 4:11-cv-05606 in the Central District of California asserting class action allegations on September 14, 2011 ("*Couch*");

Whereas, Plaintiffs Joseph Garvey and Stacey Tsan (collectively, "Garvey Plaintiffs," and collectively with the Couch Plaintiffs, "Plaintiffs") filed Case No. C 11-03764 LB in the Northern District of California asserting class action allegations on July 29, 2011 ("*Garvey*");

WHEREAS, *Couch* was transferred to the Northern District of California to be consolidated with *Garvey*;

WHEREAS, Space Pencil, Inc., d/b/a/ Kissmetrics, has been dismissed from both of these actions;

WHEREAS, on November 21, 2011, the Court in *Couch* scheduled a Case Management Conference for April 5, 2012 at 10:30 a.m., and ordered the parties to the *Couch* action to file a Joint Case Management Statement by March 15, 2012 (*Couch* Docket No. 20);

WHEREAS, on July 29, 2011, the Court in *Garvey* scheduled a Case Management Conference for January 26, 2012 at 10:30 a.m., and ordered the parties to the *Garvey* action to file a Joint Case Management Statement by January 19, 2012 (*Garvey* Docket No. 2);

WHEREAS, all parties in *Couch* and all parties in *Garvey* have agreed to consolidate the cases before Magistrate Judge Laurel Beeler;

WHEREAS, the parties in *Garvey* have begun discussions under Federal Rule of Civil Procedure 26(f) but agree that it would be more appropriate to complete such discussions after the consolidated complaint has been filed, and also agree that it would be most efficient for both the parties and Court to hold a single Case Management Conference in the consolidated cases once the consolidated complaint, and the response(s) thereto, are on file.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by all parties to this Stipulation, through their respective counsel, and subject to the approval of this Court, as follows:

1. The *Couch* action and the *Garvey* action will be consolidated.
2. The Case Management Conference in *Garvey* scheduled for January 26, 2012, is continued to

coincide with the April 5, 2012 Case Management Conference in the *Couch* action, with the parties to the consolidated action to file a Joint Case Management Statement by March 15, 2012.

   3.  The Plaintiffs will file a consolidated complaint on or before February 15, 2012.

DATED:  January 19, 2012.

                                                    PARSI & HAVENS LLP

                                                   By: _____/s/_____
                                                            David Christopher Parisi

                                                   Attorneys for Plaintiffs Joseph Garvey and Stacy Tsan

                                                   STRANGE & CARPENTER

                                                 By: _____/s/_____
                                                          Brian R. Strange

                                                   Attorneys for Plaintiffs Susan Couch, Cristina Garza, Concepcion Jauregui and Silviano Moncada

                                                   O'MELVENY & MYERS LLP

                                                 By: _____/s/_____
                                                        Randall W. Edwards

                                                 Randall W. Edwards (S.B. #179053)
                                                 redwards@omm.com
                                                 Katherine M. Robison (S.B. #221556)
                                                 krobison@omm.om
                                                 O'MELVENY & MYERS LLP
                                                 Two Embarcadero Center, 28th Floor
                                                 San Francisco, CA 94111-3823
                                                 Telephone:  (415) 984-8700
                                                 Facsimile:  (415) 984-8701

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Victor Jih (S.B. #186515)
vjih@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

Attorneys for Defendant HULU, LLC

STIPULATION TO CONSOLIDATE CASES

-4-

**ORDER**

**IT IS SO ORDERED**

DATED: _____, 2012          _____
                                  Hon. Laurel Beeler
                                  United States Magistrate Judge

STIPULATION TO CONSOLIDATE CASES

ATTORNEY ATTESTATION

Pursuant to General Order 45, I,  _Brian Strange_ , hereby attest that concurrence in the filing of this document has been obtained from Randall W. Edwards.

Dated: January 19, 2012                                         By: ____/s/_____