UNITED STATES DISTRICT COURT<br>For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

### Oakland Division

| | |
|---|---|
| JOSEPH GARVEY, *et al.*, | No. C 11-03764 LB |
|         Plaintiffs, | **ORDER RE CONSOLIDATION** |
|    v. | |
| KISSMETRICS AND HULU LLC, | |
|         Defendants. | |
| _____/ | |
| SUSAN COUCH, *et al.*, | No. C 11-05606 LB |
|         Plaintiffs, | |
|    v. | |
| SPACE PENCIL, *et al.*, | |
|         Defendants. | |
| _____/ | |

On February 27, 2012, the Court granted the parties' stipulated request to consolidate the above-captioned cases. The lead case is C 11-03764. All future filings shall be in C 11-03764 LB and bear the caption "*In re Hulu Privacy Litigation*." In addition, the Clerk shall administratively close C 11-05606 LB.

**IT IS SO ORDERED.**

Dated: February 28, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-03764 LB
ORDER