| | |
|---|---|
| 1 | RANDALL W. EDWARDS (S.B. #179053) |
| | redwards@omm.com |
| 2 | KATHERINE M. ROBISON (S.B. #221556) |
| | krobison@omm.com |
| 3 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center, 28th Floor |
| 4 | San Francisco, CA 94111-3823 |
| | Telephone:    (415) 984-8700 |
| 5 | Facsimile:    (415) 984-8701 |
| 6 | VICTOR JIH (S.B. #186515) |
| | vjih@omm.com |
| 7 | BRIAN FINKELSTEIN (S.B. #261000) |
| | brianfinkelstein@omm.com |
| 8 | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars, 7th Floor |
| 9 | Los Angeles, CA 90067-6035 |
| | Telephone:    (310) 553-6700 |
| 10 | Facsimile:    (310) 246-6779 |

Attorneys for Defendant Hulu, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HULU PRIVACY LITIGATION | Case No. 3:11- cv-03764-LB |
| | **DEFENDANT HULU, LLC'S CORPORATE DISCLOSURE AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| | **Fed. R. Civ. P. 7.1** |
| | **Civil L.R. 3-16** |
| | Judge:   Hon. Laurel Beeler |

**CORPORATE DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hulu, LLC ("Hulu"), by and through its counsel of record, O'Melveny & Myers LLP, hereby discloses as follows:

Hulu has no parent corporation and no publicly-held corporation owns ten percent or more of its stock.

The following corporate entities indirectly own a ten percent or more equity interest in Hulu: NBC Universal, Inc., a subsidiary of Comcast Corporation, a publicly held corporation; the Walt Disney Company, a publicly held corporation; and News Corporation, a publicly held corporation.

**CERTIFICATE OF INTERESTED PARTIES PURSUANT TO L.R. 3-16**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, in addition to the entities disclosed above in Hulu's Corporate Disclosure pursuant to Federal Rule of Civil Procedure 7.1, Providence Equity Partners indirectly owns a less-than ten percent equity interest in Hulu.

Dated: March 16, 2012     O'MELVENY & MYERS LLP


By: */s/ Randall W. Edwards*
Randall W. Edwards
Attorneys for Defendant Hulu, LLC