UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| IN RE HULU PRIVACY LITIGATION | No. C 11-03764 LB |
| _____/ | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

On March 30, 2012, Defendant Hulu, LLC filed a motion to dismiss. ECF No. 49. The court agrees with the parties, who jointly represented that a meaningful case management schedule could best be set after resolution of the motion to dismiss, *see* ECF No. 48 at 8. Accordingly, the court **CONTINUES** the initial case management conference from April 5, 2012 to 10:30 a.m. on June 28, 2012.

**IT IS SO ORDERED.**

Dated: April 2, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-03764 LB
ORDER