| | |
|---|---|
| 1 | Scott A. Kamber (*pro hac vice*) |
| | skamber@kamberlaw.com |
| 2 | David A. Stampley (*pro hac vice*) |
| | dstampley@kamberlaw.com |
| 3 | **KAMBERLAW, LLC** |
| | 100 Wall Street, 23rd Floor |
| 4 | New York, New York 10005 |
| | Telephone: (212) 920-3072 |
| 5 | Facsimile:  (212) 202-6364 |
| 6 | David C. Parisi (SBN 162248) |
| | dcparisi@parisihavens.com |
| 7 | Suzanne Havens Beckman (SBN 188814) |
| | shavens@parisihavens.com |
| 8 | Azita Moradmand (SBN 260271) |
| | amoradmand@parisihavens.com |
| 9 | **PARISI & HAVENS LLP** |
| | 15233 Valleyheart Drive |
| 10 | Sherman Oaks, California 91403 |
| | Telephone: (818) 990-1299 |
| 11 | Facsimile:  (818) 501-7852 |
| 12 | Counsel for Plaintiffs |
| 13 | (Additional counsel listed on signature page) |

## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HULU PRIVACY LITIGATION | CASE NO. 3:11-cv-03764-LB |
| | **JOINT STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS** |

The parties in the above-captioned matter, in accordance with Local Civil Rule 6-1(b), stipulate as follows:

1. On February 15, 2012, Plaintiffs filed their First Amended, Consolidated Class Action Complaint (the "Complaint"). (Dkt. No. 37.)

2. On March 1, 2012, pursuant to stipulation by the parties, Hulu's 30-day deadline of March16, 2012 to answer or otherwise respond to the Complaint was extended an additional

1. 14 days, to March 30, 2012. (Dkt. No. 40.)

3. On March 30, Hulu filed its Notice of Motion and Motion to Dismiss First Amended, Consolidated Class Action Complaint, with the motion to be heard on June 7, 2012. (Dkt. No. 49.) The briefing schedule set by operation of rule would have provided a schedule whereby Plaintiffs' were to file their response by April 13, 2012 for and Defendants to file their reply by April 20, 2012.

4. In agreeing to the above-referenced hearing date, the Parties agreed to the following amended briefing schedule for the above-referenced motion: May 10, 2012 for Plaintiffs' to file their response and May 24, 2012 for Defendants to file their reply.

5. The requested extension will not alter the date of any event or deadline already fixed by any Court order;

Accordingly, the parties respectfully request that the Court enter the accompanying, proposed order.

Dated: April 23, 2012                Respectfully submitted,

                                     s/David A. Stampley
                                     By: David A. Stampley

                                     Scott A. Kamber (*pro hac vice*)
                                     skamber@kamberlaw.com
                                     David A. Stampley (*pro hac vice*)
                                     dstampley@kamberlaw.com
                                     KAMBERLAW, LLC
                                     100 Wall Street, 23rd Floor
                                     New York, New York 10005
                                     Telephone:   (212) 920-3072
                                     Facsimile:   (212) 202-6364

                                     Deborah Kravitz (SBN 275661)
                                     dkravitz@kamberlaw.com
                                     KAMBERLAW LLP
                                     141 North Street
                                     Healdsburg, CA 95448
                                     Telephone:   (707) 820-4247
                                     Facsimile:   (212) 202-6364

| | |
|---|---|
| 1 | David C. Parisi (SBN 162248) |
| | dcparisi@parisihavens.com |
| 2 | Suzanne Havens Beckman (SBN 188814) |
| 3 | shavens@parisihavens.com |
| | Azita Moradmand (SBN 260271) |
| 4 | amoradmand@parisihavens.com |
| 5 | PARISI & HAVENS LLP |
| | 15233 Valleyheart Drive |
| 6 | Sherman Oaks, California 91403 |
| | Telephone:  (818) 990-1299 |
| 7 | Facsimile:   (818) 501-7852 |
| 8 | |
| | Counsel for Plaintiffs Joseph Garvey |
| 9 | and Stacey Tsan |
| 10 | Brian R. Strange (Cal. Bar. No. 103252) |
| | LACounsel@earthlink.net |
| 11 | STRANGE & CARPENTER |
| 12 | 12100 Wilshire Boulevard, Suite 1900 |
| | Los Angeles, CA 90025 |
| 13 | Telephone:  (310) 207-5055 |
| | Facsimile:   (310) 826-3210 |
| 14 | |
| 15 | Counsel for Plaintiffs Susan Couch, |
| | Cristina Carza, Concepcion Jauregui, |
| 16 | and Silviano Moncad |

Stipulation and [Proposed]  　　　3　　　Case No. 3:11-cv-03764-LB
Order Extending Time

1
2
3  Dated: April 23, 2012
4
                                    s/Randall W. Edwards
                              By: Randall W. Edwards
5
6                                 Randall W. Edwards (S.B. #179053)
                                  redwards@omm.com
7                                 Katherine M. Robison (S.B. #221556)
                                  krobison@omm.com
8                                 O'MELVENY & MYERS LLP
                                  Two Embarcadero Center, 28th Floor
9                                 San Francisco, CA 94111-3823
                                  Telephone:    (415) 984-8700
10                                Facsimile:    (415) 984-8701
11
                                  Victor Jih (S.B. #186515)
12                                vjih@omm.com
                                  Brian Finkelstein (S.B. # 261000)
13                                bfinkelstein@omm.com
                                  O'MELVENY & MYERS LLP
14                                1999 Avenue of the Stars, 7th Floor
                                  Los Angeles, CA 90067-6035
15                                Telephone:    (310) 553-6700
                                  Facsimile:    (310) 246-6779
16
17                                Attorneys for Defendant HULU, LLC
18
19
20
21
22
23
24
25
26
27
28

Stipulation and [Proposed]              4              Case No. 3:11-cv-03764-LB
Order Extending Time

1
2

**[PROPOSED]**
**ORDER**

3   **PURSUANT TO STIPULATION, IT IS SO ORDERED THAT** the briefing schedule

4   on Defendant's Motion to Dismiss is amended such that Plaintiffs shall file their response on or

5   before May 10, 2012 and Defendant shall file its reply on or before May 24, 2012.  No other

6   dates or deadlines already fixed by any prior order of this Court is altered.

7   DATED: April  24 , 2012

8
9
10                                                                   Hon. LAUREL BEELER
                                                                     United States Magistrate Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and [Proposed]                                 5                          Case No. 3:11-cv-03764-LB
Order Extending Time