1  RANDALL W. EDWARDS (S.B. #179053)
   redwards@omm.com
2  KATHERINE M. ROBISON (S.B. #221556)
   krobison@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, CA  94111-3823
   Telephone:   (415) 984-8700
5  Facsimile:    (415) 984-8701

6  VICTOR JIH (S.B. #186515)
   vjih@omm.com
7  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
8  Los Angeles, CA  90067-6035
   Telephone:   (310) 553-6700
9  Facsimile:    (310) 246-6779

10 Attorneys for Defendant Hulu, LLC

11 (Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE HULU PRIVACY LITIGATION | Case No. CV 11-03764 LB<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING ALTERNATIVE DISPUTE RESOLUTION PROCESS**<br><br><u>Jury Trial Demanded</u><br><br>Date Filed: July 29, 2011<br>Trial Date: Not Set<br>Judge:      Hon. Laurel Beeler |

1   Pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5, Defendant Hulu, LLC and
2   Plaintiffs Joseph Garvey, Stacey Tsan, Susan Couch, Cristina Garza, Concepcion Jauregui, and
3   Silviano Moncada hereby enter the following stipulation regarding ADR process in this litigation:
4   WHEREAS, plaintiffs Joseph Garvey and Stacey Tsan (collectively, "Garvey Plaintiffs")
5   filed Case No. C 11-03764 LB in the Northern District of California asserting class action
6   allegations on July 29, 2011 ("Garvey");
7   WHEREAS, plaintiffs Susan Couch, Cristina Garza, Concepcion Jauregui, and Silviano
8   Moncada (collectively, "Couch Plaintiffs," and collectively with the Garvey Plaintiffs,
9   "Plaintiffs") filed Case No. 4:11-cv-05606 in the Central District of California asserting class
10  action allegations on September 14, 2011 ("Couch");
11  WHEREAS, Couch was transferred to the Northern District of California to be
12  consolidated with Garvey and on February 27, 2012, the Court consolidated Couch and Garvey
13  (Docket No. 38);
14  WHEREAS, on January 5, 2012, Hulu filed an ADR Certification with this Court (Docket
15  No. 33);
16  WHEREAS, on January 5, 2012, the Garvey Plaintiffs and Hulu filed a Stipulation and
17  [Proposed] Order Selecting ADR Process, selecting court-run mediation to occur after the Court
18  decides defendant's motion(s) under Federal Rule of Civil Procedure 12 (Docket No. 34);
19  WHEREAS, on January 18, 2012, this court entered the parties' proposed order and
20  thereby referred the matter to the Court's ADR Program (Docket No. 35);
21  WHEREAS, on March 28, 2012, each of the Couch Plaintiffs filed an ADR Certification
22  (Docket Nos. 45, 46, 47, 52);
23  WHEREAS, on April 3, 2012 and April 24, 2012, counsel for each party participated in
24  conference calls with Robin W. Siefkin, ADR Program Staff Attorney, to discuss the referral to
25  the ADR Program (Docket No. 44);
26  WHEREAS the parties agreed during the discussions with Ms. Siefkin that they would
27  prefer to participate in private mediation in lieu of mediation through the Court's ADR Program;
28  ///

1  Therefore, pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5, Hulu and

2  Plaintiffs hereby stipulate and agree that:

3  The January 18, 2012 order referring this matter to mediation through the Court's ADR

4  Program should be vacated by this Court;

5  In lieu of participating in the Court's ADR Program, the parties shall participate in private

6  mediation within ninety (90) days of the Court issuing its ruling on Hulu's motion(s) under

7  Federal Rule of Civil Procedure 12, subject to the mediator's availability.

Dated: May 2, 2012                    O'MELVENY & MYERS LLP

By: */s/ Randall W. Edwards*
    Randall W. Edwards
Attorneys for Defendant Hulu, LLC

Dated: May 2, 2012                    PARISI & HAVENS LLP

By: */s/ David C. Parisi*
    David C. Parisi
Attorneys for Plaintiffs Joseph Garvey and
Stacey Tsan and the putative class

Scott A. Kamber (pro hac vice)
skamber@kamberlaw.com
David A. Stampley (pro hac vice)
dstampley@kamberlaw.com
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone: (212) 920-3072
Facsimile: (212) 202-6364

Deborah Kravitz (SBN 275661)
dkravitz@kamberlaw.com
KAMBERLAW LLP
141 North Street
Healdsburg, CA 95448
Telephone: (707) 820-4247
Facsimile: (212) 920-3081

David C. Parisi (SBN 162248)
dcparisi@parisihavens.com

|   |   |   |
|---|---|---|
| 1 |   | Suzanne Havens Beckman (SBN 188814) |
| 2 |   | shavens@parisihavens.com |
|   |   | Azita Moradmand (SBN 260271) |
| 3 |   | amoradmand@parisihavens.com |
|   |   | PARISI & HAVENS LLP |
| 4 |   | 15233 Valleyheart Drive |
|   |   | Sherman Oaks, California 91403 |
| 5 |   | Telephone: (818) 990-1299 |
|   |   | Facsimile: (818) 501-7852 |

Counsel for Plaintiffs Joseph Garvey and Stacey Tsan

Dated: May 2, 2012                    STRANGE & CARPENTER

By: */s/ Brian R. Strange*
      Brian R. Strange
Attorneys for Plaintiffs Susan Couch, Cristina Carza, Concepcion Jauregui, and Silviano Moncada and the putative class

Brian R. Strange (Cal. Bar. No. 103252)
LACounsel@earthlink.net
STRANGE & CARPENTER
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

Joseph A. Malley (pro hac vice)
malleylaw@gmail.com
LAW OFFICE OF JOSEPH A. MALLEY
1045 North Zang Blvd.
Dallas, Texas 75208
Telephone: (214) 943-6100
Facsimile: (310) 943-6170

Counsel for Plaintiffs Susan Couch, Cristina Carza, Concepcion Jauregui, and Silviano Moncada

- 3 -

JOINT STIP. RE ADR PROCESS
CASE NO. CV 11 3764

**ATTORNEY ATTESTATION**

Pursuant to General Order 45, I, Randall W. Edwards, hereby attest that concurrence in the filing of this document has been obtained from David C. Parisi and Brian R. Strange.

Dated: May 2, 2012     By: */s/Randall W. Edwards*
                              Randall W. Edwards

**[PROPOSED]**
**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT

1. The January 18, 2012 order referring this matter to mediation through the Court's ADR Program (Docket No. 35) is vacated;

2. In lieu of participating in the Court's ADR Program, the parties shall participate in private mediation within ninety (90) days of the Court issuing its ruling on Hulu's motion(s) under Federal Rule of Civil Procedure 12, subject to the mediator's availability.

DATED: May 16, 2012

Hon. LAUREL BEELER
United States Magistrate Judge