UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| IN RE HULU PRIVACY LITIGATION | No. C 11-03764 LB |
| _____/ | ORDER VACATING ORDER FOR ADDITIONAL BRIEFING AND RESETTING AUGUST 23 HEARING DATE TO AUGUST 17 |

The court previously granted Hulu's request for additional briefing after the Supreme Court's decision in *Edwards*. *See* 6/11/12 Order, ECF No. 64. Given the proceedings before the Supreme Court, further briefing is not necessary. The court previously set the matter specially to accommodate a briefing schedule and a hearing date during the summer. Given that no briefing is needed, the court re-sets the hearing to its normal motions hearing date of Friday, August 17, 2012, at 11 a.m. If that date is inconvenient for the parties because of previously-scheduled vacation or case commitments, the parties may re-set it to any other available motions calendar. Those calendars are generally the first and third Thursdays of each month. (The court can hear the matter as early as July 19, 2012 with at least a week's advance notice.) At the hearing, the court will hear Hulu's Rule 12(b)(6) motion to dismiss for failure to state a claim.

**IT IS SO ORDERED.**

Dated: July 9, 2012

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (C 11-03764 LB)