1    RANDALL W. EDWARDS (S.B. #179053)
     redwards@omm.com
2    KATHERINE M. ROBISON (S.B. #221556)
     krobison@omm.com
3    O'MELVENY & MYERS LLP
     Two Embarcadero Center, 28th Floor
4    San Francisco, CA  94111-3823
     Telephone:    (415) 984-8700
5    Facsimile:     (415) 984-8701

6    VICTOR JIH (S.B. #186515)
     vjih@omm.com
7    BRIAN FINKELSTEIN (S.B. # 261000)
     brianfinkelstein@omm.com
8    O'MELVENY & MYERS LLP
     1999 Avenue of the Stars, 7th Floor
9    Los Angeles, CA  90067-6035
     Telephone:    (310) 553-6700
10   Facsimile:     (310) 246-6779

11

     Attorneys for Defendant
12   HULU, LLC

13                      **UNITED STATES DISTRICT COURT**

14                     **NORTHERN DISTRICT OF CALIFORNIA**

15                         **SAN FRANCISCO DIVISION**

16

17
                                        |   Case No.  3:11-CV-03764-LB
18
                                        |   **STIPULATION REGARDING PLEADING
19                                      |   DEADLINES** : ORDER

20   IN RE HULU PRIVACY LITIGATION      |   Jury Trial Demanded

21                                      |   Date Action Filed:  July 29, 2011
                                        |   Trial Date:  Not Set
22

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 6-1, Defendant Hulu, LLC and Plaintiffs Joseph Garvey,

2  Stacey Stan, Susan Couch, Cristina Garza, Concepcion Jauregui, and Silviano Moncada, by and

3  through their counsel of record, enter this stipulation regarding the time to file certain pleadings

4  in this action.  Based on comments by the Court at the hearing on the Hulu's motion to dismiss,

5  the parties anticipate that an Initial Case Management Conference will be set in the near future.

6  To maximize efficiency, rather than Hulu filing an answer to the current complaint, the parties

7  agree that any further amendment to the Complaint shall be filed within 14 days of the Initial

8  Case Management Conference, and Hulu shall file a response to that further amended complaint

9  within 24 days of such complaint being filed.  The requested extension will not alter the date of

10  any event or any deadline already fixed by any Court order.

11

12    Dated: September 7, 2012         O'MELVENY & MYERS LLP

13

14                       By:  */s/ Randall W. Edwards*
                               Randall W. Edwards
15                             Attorneys for Defendant
                               HULU, LLC
16

17    Dated: September 7, 2012         KAMBERLAW LLP

18

19                       By:  */s/ Scott A. Kamber*
                               Scott A. Kamber
20                             Attorneys for Plaintiffs
                               JOSEPH GARVEY, AND STACEY TSAN
21

22                       Scott A. Kamber (pro hac vice)
                         skamber@kamberlaw.com
                         David A. Stampley (pro hac vice)
23                       dstampley@kamberlaw.com
                         KAMBERLAW, LLC
24                       100 Wall Street, 23rd Floor
                         New York, New York 10005
25                       Telephone: (212) 920-3072
                         Facsimile: (212) 202-6364
26

27                       Deborah Kravitz (SBN 275661)
                         dkravitz@kamberlaw.com
                         KAMBERLAW LLP
28

                                              STIP. RE: PLEADINGS DEADLINES
                                              CASE NO. CV 11 3764

1    141 North Street
     Healdsburg, CA 95448
2    Telephone: (707) 820-4247
     Facsimile: (212) 920-3081
3
     David C. Parisi (SBN 162248)
4    dcparisi@parisihavens.com
     Suzanne Havens Beckman (SBN 188814)
5    shavens@parisihavens.com
     Azita Moradmand (SBN 260271)
6    amoradmand@parisihavens.com
     PARISI & HAVENS LLP
7    15233 Valleyheart Drive
     Sherman Oaks, California 91403
8    Telephone: (818) 990-1299
     Facsimile: (818) 501-7852
9
     Counsel for Plaintiffs Joseph Garvey and
10   Stacey Tsan

11   Brian R. Strange (Cal. Bar. No. 103252)
     LACounsel@earthlink.net
12   STRANGE & CARPENTER
     12100 Wilshire Boulevard, Suite 1900
13   Los Angeles, CA 90025
     Telephone: (310) 207-5055
14   Facsimile: (310) 826-3210

15   Joseph A. Malley (pro hac vice)
     malleylaw@gmail.com
16   LAW OFFICE OF JOSEPH A. MALLEY
     1045 North Zang Blvd.
17   Dallas, Texas 75208
     Telephone: (214) 943-6100
18   Facsimile: (310) 943-6170

19   Counsel for Plaintiffs Susan Couch, Cristina
     Carza, Concepcion Jauregui, and Silviano
20   Moncada

21

22    Date: September 19, 2012

     A Further Case Management Conference set
23   for October 18, 2012 at 10:30 a.m. Joint
     Updated Case Management Conference
24   Statement due by October 11, 2012.

25

26

27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Laurel Beeler

- 2 -                    STIP. RE: PLEADING DEADLINES
                         CASE NO. CV 11 3764