Scott A. Kamber (*pro hac vice*)
skamber@kamberlaw.com
David A. Stampley (*pro hac vice*)
dstampley@kamberlaw.com
KamberLaw, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone: (212) 920-3072
Facsimile: (212) 202-6364

David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

(Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: HULU PRIVACY LITIGATION | Case No. 3:11-CV-03764-LB <br><br> **STIPULATION RE EXTENSION FOR PLAINTIFFS TO AMEND COMPLAINT AND DEFENDANT TO RESPOND** <br><br> Judge: Hon. Laurel Beeler |

| | |
|---|---|
| 1 | WHEREAS, at the Status Conference on October 24, 2012, at the request of the parties, the Court ordered Plaintiff to file any amended complaint in this action by November 6, 2012 and allowed Defendant to respond to the amended complaint by November 30, 2012; |

WHEREAS, at the Status Conference on October 24, 2012, at the request of the parties, the Court ordered Plaintiff to file any amended complaint in this action by November 6, 2012 and allowed Defendant to respond to the amended complaint by November 30, 2012;

WHEREAS one of the law firms for Plaintiffs who were working on the amended complaint, KamberLaw LLC and most of its attorneys, are located in New York City and within the evacuation zone ordered as a result of Hurricane Sandy; KamberLaw LLC's offices are without power and they have been advised they may not return to the offices for between two and four weeks;

WHEREAS, counsel for Plaintiffs and counsel for Defendant agree that a two week extension on the above identified dates is reasonable so that Plaintiffs may amend their complaint and Defendant may respond with adequate time.

THEREFORE, Plaintiffs and Defendant hereby stipulate and agree as follows:

Plaintiffs may file a Second Amended Consolidated Complaint on or before November 20, 2012 and Defendant will have until December 14, 2012 to serve and file a response.

Dated: November 2, 2012          O'MELVENY & MYERS LLP


                                 By:    s/Randall W. Edwards
                                        Randall W. Edwards
                                 Attorneys for Defendant HULU, LLC

Dated: November 2, 2012          KAMBERLAW LLC


                                 By:    s/Scott A. Kamber
                                        Scott A. Kamber

Attorneys for Plaintiffs Joseph Garvey and Stacey Tsan

Dated: November 2, 2012   PARISI & HAVENS LLP

By:     s/David C. Parisi

    David C. Parisi

Attorneys for Plaintiffs Joseph Garvey and Stacey Tsan

Dated: November 2, 2012   STRANGE & CARPENTER

By:     s/Brian R. Strange

    Brian R. Strange

Attorneys for Plaintiffs Susan Couch, Cristiana Carza, Concepcion Jauregui and Silviano Mondcada

---

Stipulation Re Extension for Plaintiffs to Amend Complaint     Case No. 3:11-CV-03764-LB

3