Scott A. Kamber (*pro hac vice*)
skamber@kamberlaw.com
David A. Stampley(*pro hac vice*)
dstampley@kamberlaw.com
Grace E. Tersigni (*pro hac vice*)
gtersigni@kamberlaw.com
KamberLaw, LLC
100 Wall Street,23rd Floor
New York, New York 10005
Telephone:(212) 920-3072
Facsimile:(212) 202-6364

David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone:(818) 990-1299
Facsimile:(818) 501-7852

(Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: HULU PRIVACY LITIGATION | ) Case No. 3:11-CV-03764-LB<br>)<br>) **STIPULATION AND [PROPOSED] ORDER**<br>) **TO CONTINUE CLASS CERTIFICATION**<br>) **BRIEFING SCHEDULE AND PRE-TRIAL**<br>) **DEADLINES**<br>)<br>) **Courtroom:          C**<br>) **Judge:              Hon. Laurel Beeler**<br>) |
| _____ | |

1      WHEREAS, on November 7, 2012, this Court entered an order setting certain pre-
2  trial deadlines including the following dates (Dkt. No. 80):
3      a.  Deadline to file Motion for Class Certification, March 25, 2013;
4      b.  Deadline to file Opposition to Class Certification, April 24, 2013;
5      c.  Deadline to file Reply in support of Motion for Class Certification, May 8,
6          2013
7      d.  Non-expert discovery completion date, October 3, 2013;
8      e.  Expert disclosures required by Federal Rules of Civil Procedure, October 3,
9          2013;
10     f.  Rebuttal expert disclosures, October 18, 2013;
11     g.  Expert discovery completion date, November 18, 2013
12     h.  Last hearing date for dispositive motions and/or further case management
13         conference, January 16, 2013;
14     i.  Meet and confer re: pretrial filings, March 18, 2014;
15     j.  Pretrial filings due, March 27, 2014;
16     k.  Final Pretrial Conference, April 17, 2014; and
17     l.  Trial, April 28, 2014.

       WHEREAS on February 28, 2013, this Court scheduled a further Case
Management Conference for May 2, 2013 at 10:30 a.m.
       WHEREAS the parties currently have a mediation scheduled with Ret. Judge
Layne Phillips on April 5, 2013;
       WHEREAS Plaintiffs' deadline to file their Motion for Class Certification
precedes the mediation and is presently set for Monday, March 25, 2013;
       WHEREAS the mediation was delayed several times due to the availability of a
mutually acceptable mediator, and the parties anticipated that mediation would have
occurred prior to the class certification briefing dates;

1   WHEREAS the parties have been diligently engaged in the gathering and mutual
2   exchange of information in preparation for mediation;
3   WHEREAS the mediation requires extensive briefing from the parties;
4   WHEREAS the parties believe that it is more efficient and productive to spend the
5   immediate time period preparing for mediation rather than beginning class certification
6   briefing;
7   WHEREAS prior to filing a motion for class certification, Plaintiffs intend to seek
8   leave to file an amended complaint detailing factual developments and analysis that were
9   previously unavailable to Plaintiffs as well as an amendment to the Video Privacy
10  Protection Act.  Defendant reserves its position on that motion until it has seen the
11  proposed amendment.
12  NOW THEREFORE, the parties, through their respective counsel, hereby stipulate
13  and jointly request that the Court order as follows:

15  1. That the current pretrial schedule, including the filing of class certification
16     briefing, be extended as follows:
17     a. Deadline to file Motion for Class Certification, July 15, 2013;
18     b. Deadline to file Opposition to Class Certification, August 15, 2013;
19     c. Deadline to file Reply in support of Motion for Class Certification,
20        August 26, 2013
21     d. Non-expert discovery completion date, January 13, 2014;
22     e. Expert disclosures required by Federal Rules of Civil Procedure,
23        January 13, 2014;
24     f. Rebuttal expert disclosures, January 31, 2014;
25     g. Expert discovery completion date, February 28, 2014,
26     h. Last hearing date for dispositive motions and/or further case
27        management conference, April 14, 2014;

Stipulation and [P] Order to Continue Class Cert. Schedule and Pre-Trial Deadlines   Case No. 3:11-CV-03764-LB

3

i. Meet and confer re: pretrial filings, June 13, 2014;

j. Pretrial filings due, June 27, 2014;

k. Final Pretrial Conference, July 17, 2014; and

l. Trial, July 28, 2014.

Dated:  March 25, 2013                     O'MELVENY & MEYERS LLP

By:       s/Randall W. Edwards
                Randall W. Edwards
Attorneys for Defendant HULU, LLC

Dated:  March 25, 2013                     KAMBERLAW LLC

By:       s/Scott A. Kamber
                Scott A. Kamber

Scott A. Kamber (*pro hac vice*)
skamber@kamberlaw.com
David A. Stampley   (*pro hac vice*)
dstampley@kamberlaw.com
Grace E. Tersigni (*pro hac vice*)
gtersigni@kamberlaw.com
KAMBERLAW, LLC
100 Wall Street,       23rd Floor
New York, New York 10005
Telephone:    (212) 920-3072
Facsimile:    (212) 202-6364

Deborah Kravitz (SBN 275661)
dkravitz@kamberlaw.com
KAMBERLAW, LLP
141 North St.
Healdsburg, California 95448
Telephone: (707) 820-4247
Facsimile: (212) 202-6364

David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com

PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone:   (818) 990-1299
Facsimile:    (818) 501-7852

Brian R. Strange (SBN 103252)
LACounsel@earthlink.net
STRANGE & CARPENTER
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile:  (310) 826-3210

Attorneys for Plaintiffs

Stipulation and [P] Order to Continue Class Cert. Schedule and Pre-Trial Deadlines    Case No. 3:11-CV-03764-LB

5

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, and good cause appearing therefore, it is ordered:

1. The current pretrial schedule, including the filing of class certification briefing, shall be extended as follows:
    a. Deadline to file Motion for Class Certification, July 15, 2013;
    b. Deadline to file Opposition to Class Certification, August 15, 2013;
    c. Deadline to file Reply in support of Motion for Class Certification, August 26, 2013
    d. Non-expert discovery completion date, January 13, 2014;
    e. Expert disclosures required by Federal Rules of Civil Procedure, January 13, 2014;
    f. Rebuttal expert disclosures, January 31, 2014;
    g. Expert discovery completion date, February 28, 2014,
    h. Last hearing date for dispositive motions and/or further case management conference, April 14, 2014;
    i. Meet and confer re: pretrial filings, June 13, 2014;
    j. Pretrial filings due, June 27, 2014;
    k. Final Pretrial Conference, July 17, 2014; and
    l. Trial, July 28, 2014.

IT IS SO ORDERED.

March ___, 2013

_____
Hon. LAUREL BEELER
United States Magistrate Judge

Stipulation and [P] Order to Continue Class Cert. Schedule and Pre-Trial Deadlines    Case No. 3:11-CV-03764-LB

6