David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone:     (818) 990-1299
Facsimile:     (818) 501-7852

Scott A. Kamber (pro hac vice)
skamber@kamberlaw.com
David A. Stampley (pro hac vice)
dstampley@kamberlaw.com
Grace E. Tersigni (pro hac vice)
gtersigni@kamberlaw.com
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone:     (212) 920-3072
Facsimile:     (212) 202-6364

Brian R. Strange (SBN 103252)
lacounsel@earthlink.net
STRANGE & CARPENTER
1200 Wilshire Blvd., Ste. 1900
Los Angeles, CA  90025
Telephone: (310) 207-5055
Facsimile:  (310) 826-3210

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Hulu Privacy Litigation ) | Case No. 3:11-CV-03764-LB |
| ) | |
| ) | **PLAINTIFFS' NOTICE OF MOTION FOR CLASS CERTIFICATION** |
| ) | |
| ) | Hearing Date:   December 19, 2013 |
| ) | Time:                 10:00 a.m. |
| ) | Courtroom:       C |
| ) | Judge:               Hon. Laurel Beeler |
| ) | |

Plaintiffs' Notice of Motion for Class Certification        Case No. 3:11-CV-03764-LB

PLEASE TAKE NOTICE that on that on December 19, 2013, at 10:00 a.m., or soon thereafter, in the Courtroom of the Honorable Laurel Beeler, at 450 Golden Gate Avenue, San Francisco, California, 94102, pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3), Plaintiffs will, and hereby do, move for an order certifying the following class:

> **comScore Disclosure Class**: All persons residing in the United States and its territories who, from March 4, 2011 through November 8, 2012, were registered users of hulu.com (including, but not limited to, paying subscribers, also known as Hulu Plus subscribers) and requested and/or obtained video materials and/or services on hulu.com during the Class Period. Excluded from the Class are (i) judges to whom this case was assigned and judicial staffs; and (ii) all current or former Hulu employees.

Plaintiffs also will, and hereby do, move for an order certifying the following class under Federal Rule of Civil Procedure 23(b)(3):

> **Facebook Disclosure Class**: All persons residing in the United States and its territories who, from April 21, 2010 through June 7, 2012, were registered users of hulu.com (including, but not limited to, paying subscribers, also known as Hulu Plus subscribers) while being members of Facebook and requested and/or obtained video materials and/or services on hulu.com during the Class Period. Excluded from the Class are (i) any person who participated in Facebook connect with Hulu; (ii) judges to whom this case was assigned and judicial staffs; and (iii) all current or former Hulu employees.

Plaintiffs also will, and hereby do, move for an order appointing Plaintiffs Joseph Garvey, Paul Torre. Joshua Wymyczak, and Evan Zampella as Class Representations, and the appointment of Scott A. Kamber of KamberLaw, LLC, David C. Parisi of Parisi and Havens, LLP, and Brian R. Strange of Strange and Carpenter as Class Counsel.

This motion is based on the Notice of Motion, Supporting Memorandum, and the Declarations of David C. Parisi, Craig E. Wills, PhD., Joseph Garvey, Paul Torre. Joshua Wymyczak, and Evan Zampella, and any exhibits thereto, the Court's files in this action, the arguments of counsel, and any other matter the Court may properly consider.

**STATEMENT OF ISSUES TO BE DECIDED (Local Rule 7-4(a)(3))**

1. Whether Plaintiffs satisfy the requirements of Federal Rule of Civil Procedure 23(a).

---

Plaintiffs' Memorandum of Points and Authorities   Case No. 3:11-CV-03764-LB
in Support of Motion for Class Certification

1    2.    Whether Plaintiffs satisfy the requirements of Federal Rule of Civil Procedure 23(b)(3) where Plaintiffs and Class Members seek statutory damages for violations of the Video Privacy Protection Act where Defendant Hulu, LLC knowingly disclosed to third parties information that identified them as having requested or obtained specific video materials or services.

Date: August 26, 2013                                    Respectfully submitted,


By:  _s/Scott A. Kamber_____

Scott A. Kamber (*pro hac vice*)
skamber@kamberlaw.com
David A. Stampley (*pro hac vice*)
dstampley@kamberlaw.com
Grace E. Tersigni (*pro hac vice*)
gtersigni@kamberlaw.com
**KAMBERLAW, LLC**
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone:     (212) 920-3072
Facsimile:     (212) 920-3081

Deborah Kravitz (SBN 275661)
dkravitz@kamberlaw.com
KAMBERLAW, LLP
141 North St.
Healdsburg, California 95448
Telephone: (707) 820-4247
Facsimile: (212) 202-6364

David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
**PARISI & HAVENS LLP**
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone:     (818) 990-1299
Facsimile:     (818) 501-7852


Brian R. Strange (SBN 103252)
lacounsel@earthlink.net
Gretchen Carpenter (SBN 180525)
**STRANGE & CARPENTER**
12100 Wilshire Blvd., Ste, 1900
Los Angeles, CA  90025

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

          Telephone: (310) 207-5055
          Facsimile: (310) 826-3210

Counsel for Plaintiffs