UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Hulu Privacy Litigation | Case No. 3:11-CV-03764-LB<br><br>[PROPOSED] ORDER<br><br>Ctrm: C, 4th Floor<br>Hon. Laurel Beeler |

1  The Court having considered Plaintiffs' Administrative Motion to Seal in
2  connection with Plaintiffs' Motion for Class Certification, and good cause appearing
3  therefore, IT IS HEREBY ORDERED THAT, Plaintiffs' Administrative Motion to Seal
4  portions of Plaintiffs' Motion for Class Certification, and to file certain narrowly redacted
5  documents is hereby GRANTED.

6

7  IT IS SO ORDERED.

8

9  Dated: _September 4, 2013_, 2013

10

11  _____
    Hon. Laurel Beeler
12  United States Magistrate Judge

Case No. 3:11-CV-03764-LB

2

~~Proposed~~ Order