UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

IN RE HULU PRIVACY LITIGATION,  No. C 11-03764 LB

ORDER DENYING PREVIOUS SUMMARY JUDGMENT MOTION AS MOOT AND SETTING SCHEDULES

_____/  [RE: ECF Nos. 101, 119]

The court held a case management conference on September 17, 2013, and set the following motions schedules and deadlines.

The first schedule is for Hulu's summary judgment motion on damages, which must be a new motion. The court denies the motion filed on July 15, 2013 at ECF No. 101 as moot. The page limits shall be 15 pages each for the motion and opposition and 7 pages for the reply.

| Hulu's Summary Judgment Motion on Damages | Deadline/Hearing Date |
| --- | --- |
| Motion | 10/1/13 |
| Completion date for depositions of Hulu representatives or experts, as appropriate | 10/30/13 |
| Opposition | 11/8/13 |
| Reply | 12/6/13 |
| Hearing | 12/19/13 |

The next schedule is for the class certification motion. Default page limits apply.

ORDER
C 11-03764 LB

| Plaintiff's Motion for Class Certification | Deadline/Hearing Date |
|---|---|
| Motion | 8/26/13 |
| Deposition of Plaintiff's Expert to be completed | 11/15/13 |
| Opposition | 11/26/13 |
| Deposition of Hulu's Expert to be completed | 12/13/13 |
| Reply | 12/23/13 |
| Hearing | 2/6/14, 9:30 a.m. |

The next schedule is the summary judgment motion regarding "Facebook Like" and comScore. Default page limits apply.

| Hulu's Second Summary Judgment Motion | Deadline/Hearing Date |
|---|---|
| Motion | 10/1/13 |
| Deadline for depositions of Hulu representatives, experts, or third-party discovery | 11/15/13 |
| Opposition | 12/12/13 |
| Reply | 1/12/14 |
| Hearing | 2/6/14, 9:30 a.m. |

This table has the remaining case deadlines.

| Case Event | Deadline/Hearing Date |
|---|---|
| Non-expert discovery completion date | 1/13/14 |
| Expert disclosures required by Federal Rules of Civil Procedure | 1/13/14 |
| Rebuttal expert disclosures | 1/31/14 |
| Expert discovery completion date | 2/28/14 |
| Last hearing date for dispositive motions and/or further case management conference | 6/5/14, 9:30 a.m. |
| Meet and confer re pretrial filings | 6/13/14 |
| Pretrial filings due | 6/27/14 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 7/3/14 |
| Final Pretrial Conference | 7/17/2014, at 10:30 a.m. |
| Trial (length estimate is 7 days) | 7/28/2014, at 8:30 a.m. |

ORDER
C 11-03764 LB                              2

As to the fact and expert deadlines in the above chart, Plaintiffs said that they would send their class expert information today. As discussed on the record, the parties need to complete discovery earlier than the deadlines in the above chart to meet the motions schedule that they agreed to. The parties may adjust deadlines by stipulation so long as it does not change the reply date (absent court permission).

After Hulu files its motions on October 1, 2013, the parties should confer within a week to address scheduling issues given that timing always becomes harder by late November or December.

**IT IS SO ORDERED**.

Dated: September 17, 2013

_____
LAUREL BEELER
United States Magistrate Judge