UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

IN RE HULU PRIVACY LITIGATION　　　　No. C 11-03764 LB

ORDER TO FILE UNDER SEAL

_____/

　　The parties in this putative class action are in the process of briefing their summary judgment and class certification motions. *See* Scheduling Order, ECF No. 122. On October 1, 2013, Hulu filed a summary judgment motion regarding Plaintiffs' "Comscore" and "Facebook 'Like' Button" theories of liability along with several supporting exhibits. *See* ECF No. 125-3 to 125-10. A portion of Hulu's motion and one of the supporting exhibits contain information that Plaintiffs marked Confidential under the parties' stipulated protective order. *See* Schwartz Decl., ECF No. 125-1. Accordingly, Hulu also filed an administrative motion to file under seal. ECF No. 125.

　　Plaintiffs did not file a declaration in support of Hulu's administrative motion within the time required by Civil Local Rule 79-5. *See generally* Docket. Accordingly, on October 18, 2013, the court denied Hulu's administrative motion to file under seal, stating:

> Unless Plaintiffs show good cause and the court intervenes to delay the public docketing as permitted by Local Rule 79-5(e)(2), Hulu may publicly file its summary judgment motion and the attached exhibits no earlier than 4 days and no later than 10 days from the date of this order.

Order, ECF No. 126 at 2.

　　On October 22, 2013, Plaintiffs' counsel filed a declaration in support of the now-denied motion.

ORDER (C 11-03764 LB)

*See* Parisi Decl. Supp. Admin. Mot., ECF No. 128. Plaintiffs' counsel now asks the court to grant Hulu's motion to seal and to order Hulu to seal additional information – quotations of an individual's Facebook profile ID and a datr cookie. *Id.* at 3 (identifying information by docket, page, and line number). Plaintiffs explain that publicly disclosing this information could allow a member of the public to impersonate the individual in transmissions to Facebook through an exploit known as a "cookie-jacking." *Id.* at 2.

    Plaintiffs' declaration (though untimely) sufficiently establishes good cause to seal the identified records. Accordingly, the court amends its previous order at ECF No. 126, and GRANTS the administrative motions to file under seal the following portions of Hulu's summary judgment brief and its supporting exhibits:

    a) The proposed redacted portion shown on Dkt. No. 125-3, p. 14 of 26, lines 1-14;

    b) The numeric string at Dkt. No. 125-3, p. 14 of 26, line 17;

    c) The character string at Dkt. No. 125-3, p. 14 of 26, line 18;

    d) The numeric string at Dkt. No. 125-3, p. 15 of 26, line 2;

    e) The character string at Dkt. No. 125-3, p. 15 of 26, line 4;

    f) The numeric string at Dkt. No. 125-3, p. 15 of 26, line 5;

    g) The character string at Dkt. No. 125-3, p. 22 of 26, line 25;

    h) The character string at Dkt. No. 125-3, p. 22 of 26, line 26;

    i) The numeric string at Dkt. No. 125-3, p. 22 of 26, line 25;

    j) The numeric string at Dkt. No. 125-3, p. 22 of 26, line 26; and

    k) The character string at Dkt. No. 125-3, p. 23 of 26, line 15.

    l) Exhibit B to the Declaration of Katherine Robison (Dkt. No. 125-10) under seal.

    Hulu shall re-file its Notice of Motion and Motion for Summary Judgment, in accordance with this order and Civil Local Rule 79-5.

**IT IS SO ORDERED.**

Dated: October 24, 2013

_____
LAUREL BEELER
United States Magistrate Judge