David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone:      (818) 990-1299
Facsimile:      (818) 501-7852

Scott A. Kamber (pro hac vice)                Brian R. Strange (SBN 103252)
skamber@kamberlaw.com                         lacounsel@earthlink.net
David A. Stampley(pro hac vice)               STRANGE & CARPENTER
dstampley@kamberlaw.com                       1200 Wilshire Blvd., Ste. 1900
Grace E. Tersigni (pro hac vice)              Los Angeles, CA  90025
gtersigni@kamberlaw.com                       Telephone: (310) 207-5055
KAMBERLAW, LLC                                Facsimile:  (310) 826-3210
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone:      (212) 920-3072
Facsimile:      (212) 202-6364

Attorneys for Plaintiffs

(Additional counsel listed on signature page)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Hulu Privacy Litigation | ) Case No. 3:11-CV-03764-LB |
| | ) |
| | ) **DECLARATION OF DAVID C. PARISI** |
| | ) **IN SUPPORT OF PLAINTIFFS' OPPOSITION** |
| | ) **TO HULU, LLC'S MOTION FOR SUMMARY** |
| | ) **JUDGMENT BASED ON ALLEGED** |
| | ) **"LACK OF INJURY"** |
| | ) |
| | ) Hearing Date:    December 19, 2013 |
| | ) Time:            9:30 a.m. |
| | ) Courtroom:       C |
| | ) Judge:           Hon. Laurel Beeler |

**DECLARATION OF DAVID C. PARISI IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO HULU, LLC'S MOTION FOR SUMMARY
JUDGMENT BASED ON ALLEGED "LACK OF INJURY"**

I, David C. Parisi, declare as follows:

1.      I am a partner at Parisi and Havens LLP, a member of the bar of the State of California, counsel for Plaintiffs in the above-captioned matter, and fully familiar with the proceedings in this matter.

2.      I make this Declaration in support of Plaintiffs' Opposition to Hulu, LLC's Motion for Summary Judgment Based on Alleged "Lack of Injury."

3.      I make this Declaration based on personal knowledge.  I am competent to testify to the matters set forth here, and would testify to the matters as set forth here if called upon to do so.

4.      Attached as Exhibit 1 is a true and correct copy of excerpts from Plaintiff Paul Torre's deposition transcript dated September 28, 2013.

5.      Attached as Exhibit 2 is a true and correct copy of excerpts from Plaintiff Joseph Garvey's deposition transcript dated October 16, 2013.

6.      Attached as Exhibit 3 is a true and correct copy of excerpts from Plaintiff Joshua Wymyczak's deposition transcript dated October 15, 2013.

7.      Attached as Exhibit 4 is a true and correct copy of Hulu's proposed joint statement of undisputed fact submitted to Plaintiffs in connection with this motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 8, 2013 at Sherman Oaks, California.

__s/David C. Parisi_____
David C. Parisi