# Exhibit 2

CONTAINS CONFIDENTIAL PORTIONS TO BE DESIGNATED

Page 1

1           UNITED STATES DISTRICT COURT
2        FOR THE NORTHERN DISTRICT OF CALIFORNIA
3
4  IN RE HULU PRIVACY LITIGATION,   )
                                    )
5                                   )
                                    )  No. 3:11-CV-03764-LB
6                                   )  Pages 1 - 205
                                    )
7  _____)
8
9
10     *CONTAINS CONFIDENTIAL PORTIONS TO BE DESIGNATED*
11          VIDEOTAPED DEPOSITION OF JOSEPH GARVEY
12                 LOS ANGELES, CALIFORNIA
13               WEDNESDAY, OCTOBER 16, 2013
14
15
16
17
18
19
20
21
22  REPORTED BY:
    LESLIE L. WHITE
23  CSR NO. 4148
    JOB 66579
24
25

CONTAINS CONFIDENTIAL PORTIONS TO BE DESIGNATED

Page 56

1  Q    Now do you know whether any human being
2  that works either at Facebook or comScore knows the
3  titles of any videos you have watched on --
4  A    I do not.
5  Q    -- Hulu?
6       Do you think you have been injured in any
7  way as a result of the conduct by Hulu that you have
8  raised in your lawsuit?
9  A    Yes.
10 Q    How so?
11 A    As I said, my privacy has been violated.
12 Q    Can you think of any other way in which
13 you have been injured, as a result of any of the
14 conduct by Hulu that you have raised in the lawsuit?
15 A    That is all.
16 Q    I'm sorry?
17 A    Sorry.  That is all.
18 Q    What damages are you seeking to recover
19 from Hulu?
20 A    I have not set that forth.
21 Q    According to I guess some information that
22 we could go through, but I think -- well, let's see
23 if we can put some time frames on this.
24      Do you know when approximately you first
25 began using Hulu?