# Exhibit 3

CONTAINS CONFIDENTIAL PORTIONS TO BE DESIGNATED

Page 1

1          UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4   IN RE HULU PRIVACY LITIGATION,    )
                                      )
5                                     )
                                      )   No. 3:11-CV-03764-LB
6                                     )
                                      )
7   _____  )

8

9

10     *CONTAINS CONFIDENTIAL PORTIONS TO BE DESIGNATED*

11        VIDEOTAPED DEPOSITION OF JOSHUA WYMYCZAK

12              LOS ANGELES, CALIFORNIA

13             TUESDAY, OCTOBER 15, 2013

14

15

16

17

18

19

20

21

22   REPORTED BY:
     LESLIE L. WHITE
23   CSR NO. 4148
     JOB NO.:  66578

24

25

CONTAINS CONFIDENTIAL PORTIONS TO BE DESIGNATED

Page 49

1    you have watched on Hulu?

2         A    Apart from me telling them did you say?

3         Q    Yes.

4         A    No.

5         Q    Do you know whether anyone who works at

6    the company comScore knows about any of the videos

7    that you watched on Hulu?

8         A    To my knowledge they would, yes.

9         Q    And that's from information that has been

10   provided to you in this lawsuit?

11        A    Yes.

12        Q    Okay.  Do you -- are you concerned that to

13   your knowledge you believe someone at comScore might

14   know about what you watched on Hulu?

15        A    Yes.

16        Q    And why is that?

17        A    I feel like they -- I didn't consent for

18   them to have that information.

19        Q    Have you ever read Hulu's Terms of Use?

20        A    I don't recall.

21        Q    And do you think that you have been

22   injured by that conduct?

23        A    I feel like my privacy has been violated,

24   yes.

25        Q    Apart from a general violation of your