EXHIBIT 4

ROBERT SCHWARTZ (S.B. #117166)
rschwartz@omm.com
STEVEN DUNST (S.B. #281848)
sdunst@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:     (310) 553-6700
Facsimile:     (310) 246-6779

KATHERINE M. ROBISON (S.B. #221556)
krobison@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:     (415) 984-8700
Facsimile:     (415) 984-8701


Attorneys for Defendant
Hulu, LLC

Additional Counsel on Signature Page

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HULU PRIVACY LITIGATION | Case No. 3:11-CV-03764-LB<br><br>**[PROPOSED] JOINT STATEMENT OF UNDISPUTED FACT SUPPORTING MOTION BY DEFENDANT HULU, LLC FOR SUMMARY JUDGMENT BASED ON LACK OF INJURY**<br><br>Hearing Date:   December 19, 2013<br>Time:              9:30 a.m.<br>Courtroom:      C<br>Judge:             Hon. Laurel Beeler |

1      Pursuant to Civil L.R. 56-2(b) and this Court's standing orders, Defendant Hulu, LLC

2 submit the following [Proposed] Joint Statement of Undisputed Facts on Hulu's Motion for

3 Summary Judgment (re: Lack of Injury).

| Undisputed Fact | Supporting Evidence |
|---|---|
| 1. In connection with Hulu's alleged violation of the VPPA, plaintiffs do not claim to have suffered any injury, apart from the alleged violation itself. | Declaration of Katherine M. Robison ISO Defendant's Motion for Summary Judgment, Exs. A-E, Responses to Interrogatory No. 6. |

Dated: October __, 2013           O'MELVENY & MYERS LLP


By:_____
      Robert M. Schwartz
Attorneys for Defendant
HULU, LLC

Robert M. Schwartz (SBN 117166)
rschwartz@omm.com
Steven Dunst (SBN 281848)
sdunst@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:    (310) 553-6700
Facsimile:    (310) 246-6779

Katherine M. Robison (SBN 221556)
krobison@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant Hulu, LLC

1    Dated: October ___, 2013             PARISI & HAVENS LLP

2

3                                        By:_____
                                           David C. Parisi

4                                      Attorneys for Plaintiffs

5                                      David C. Parisi (SBN 162248)
                                     Suzanne Havens Beckman (SBN 188814)

6                                      15233 Valleyheart Drive
                                     Sherman Oaks, California 91403

7                                      Telephone:    (818) 990-1299
                                     Facsimile:    (818) 501-7852

8

9                                      STRANGE & CARPENTER
                                     Brian R. Strange (SBN 103252)

10                                    12100 Wilshire Boulevard, Suite 1900
                                   Los Angeles, CA 90025

11                                    Telephone: (310) 207-5055
                                   Facsimile: (310)-826-3210

12                                    KAMBERLAW, LLC
                                   Scott A. Kamber (pro hac vice)

13                                    David A. Stampley (pro hac vice)
                                   Grace Tersigni (pro hac vice)

14                                    100 Wall Street, 23rd Floor
                                   New York, New York 10005

15                                    Telephone:    (212) 920-3072
                                   Facsimile:    (212) 202-6364

16                                    skamber@kamberlaw.com
                                   dstampley@kamberlaw.com

17                                    gtersigni@kamberlaw.com

18                                    KAMBERLAW, LLP
                                   Deborah Kravitz (SBN 275661)

19                                    141 North St.
                                   Healdsburg, California 95448

20                                    Telephone:    (707) 820-4247
                                   Facsimile:    (212) 202-6364

21                                    dkravitz@kamberlaw.com

22

23

24

25

26

27

28

STATEMENT OF UNDISPUTED FACTS
(MOTION RE: NO INJURY)
NO. 3:11-CV-03764-LB