1  ROBERT M. SCHWARTZ (S.B. #117166)
   rschwartz@omm.com
2  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, Seventh Floor
3  Los Angeles, California 90067-6035
   Telephone: (310) 553-6700
4
   KATHERINE M. ROBISON (S.B. #221556)
5  krobison@omm.com
   O'MELVENY & MYERS LLP
6  Two Embarcadero Center, 28th Floor
   San Francisco, CA 94111-3823
7  Telephone: (415) 984-8700

8  Attorneys for Defendant Hulu, LLC

9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12                         **SAN FRANCISCO DIVISION**

13

14  | IN RE: HULU PRIVACY LITIGATION | Case No. 4:11-cv-03764 LB |
    |---|---|
    | | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT HULU, LLC** |

1  PLEASE TAKE NOTICE that attorney Steven Dunst hereby enters his appearance as
2  counsel for Defendant Hulu, LLC.
3  Appearing counsel request that all papers in this action be served upon the undersigned at
4  the address below.

Steven Dunst (SB #281848 )
O'Melveny & Myers LLP
1999 Avenue of the Stars 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779
Email:  sdunst@omm.com

Dated: November 21, 2013

Attorneys for Defendant Hulu:

Robert M. Schwartz
Katherine M. Robison
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Suite 700
Los Angeles, California  90067-6035
Telephone:  (310) 553-6700

By:  /s/Robert M. Schwartz
       Robert M. Schwartz
Attorneys for Defendant Hulu, LLC

OMM_US:71978413.1

NOTICE OF APPEARANCE OF COUNSEL FOR
DEFENDANT HULU, LLC
NO. 4:11-CV-03764 LB