1  ROBERT M. SCHWARTZ (S.B. #117166)
   rschwartz@omm.com
2  STEVEN M. DUNST (S.B. #281848)
   sdunst@omm.com
3  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, Seventh Floor
4  Los Angeles, California 90067-6035
   Telephone:    (310) 553-6700
5
   KATHERINE M. ROBISON (S.B. #221556)
6  krobison@omm.com
   O'MELVENY & MYERS LLP
7  Two Embarcadero Center, 28th Floor
   San Francisco, CA 94111-3823
8  Telephone:    (415) 984-8700

9  Attorneys for Defendant Hulu, LLC

10 Additional Counsel on Signature Page

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13                   **SAN FRANCISCO DIVISION**

14

15                                        Case No. 4:11-cv-03764 LB

16 IN RE: HULU PRIVACY LITIGATION         **AMENDED STIPULATED PROPOSED AMENDED BRIEFING SCHEDULE (MODIFYING DKT. 122);** [PROPOSED]
17                                        **ORDER**

                                          AMENDED STIPULATED PROPOSED
                                          BRIEFING SCHEDULE
                                          NO. 4:11-CV-03764 LB

In connection with preparing its opposition to Plaintiffs' Motion for Class Certification, Hulu has sought the depositions of each of the four representative plaintiffs. For reasons outside of counsels' and client's control, the noticed deposition date for plaintiff Evan Zampella has twice been postponed. Plaintiffs' counsel has represented that Mr. Zampella can now appear and agreed that he will be produced for deposition between December 3-10, 2013. So that Hulu may complete this deposition before filing its opposition, the parties hereby agree to a short extension of the briefing schedule on Plaintiffs' Motion for Class Certification. This agreed extension is dependent on Mr. Zampella sitting for deposition by December 10. Related to the extension on the class certification motion, plaintiffs' counsel requested a short extension of the remaining briefing deadlines on Hulu's Motion for Summary Judgment (Re: comScore and Facebook "Like" button) to maintain the current sequence of the filing of briefs on the various motions. The parties stipulate and agree to the following revised briefing schedule and request that the Court enter an order accordingly:

| **Plaintiffs' Motion for Class Certification** | | |
| --- | --- | --- |
| **Event** | **Current Deadline** | **New Deadline** |
| Opposition | November 26, 2013 | December 16, 2013 |
| Deposition of Hulu's Expert to be completed | December 13, 2013 | January 10, 2014 |
| Reply | December 23, 2013 | January 15, 2014 |
| Hearing | February 6, 2014, 9:30 a.m. | Unchanged |
| **Hulu's Summary Judgment Motion re: comScore and Facebook "Like" Button** | | |
| **Event** | **Current Deadline** | **New Deadline** |
| Opposition | December 12, 2013 | December 19, 2013 |

| | | |
|---|---|---|
| Reply | January 12, 2014 | January 21, 2014 |
| Hearing | February 6, 2014, 9:30 a.m. | Unchanged |

Dated: November 21, 2013　　　　　　　　Respectfully submitted:

Attorneys for Plaintiffs:　　　　　　　　Attorneys for Defendant Hulu:

PARISI & HAVENS LLP　　　　　　　　Robert M. Schwartz
David C. Parisi (SBN 162248)　　　　　Katherine M. Robison
Suzanne Havens Beckman (SBN 188814)　Steven M. Dunst
15233 Valleyheart Drive　　　　　　　O'MELVENY & MYERS LLP
Sherman Oaks, California 91403　　　　1999 Avenue of the Stars, Suite 700
Telephone:     (818) 990-1299　　　　Los Angeles, California  90067-6035
　　　　　　　　　　　　　　　　　　Telephone: (310) 553-6700


By: */s/ David C. Parisi*　　　　　　　By: */s/ Robert M. Schwartz*
　　　David C. Parisi　　　　　　　　　　Robert M. Schwartz
Attorneys for Plaintiffs　　　　　　　Attorneys for Defendant Hulu, LLC

KAMBERLAW, LLC
Scott A. Kamber (pro hac vice)
David A. Stampley (pro hac vice)
Grace Tersigni (pro hac vice)
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone:     (212) 920-3072
skamber@kamberlaw.com
dstampley@kamberlaw.com
gtersigni@kamberlaw.com

KAMBERLAW, LLP
Deborah Kravitz (SBN 275661)
141 North St.
Healdsburg, California 95448
Telephone:     (707) 820-4247
Facsimile:     (212) 202-6364
dkravitz@kamberlaw.com

STRANGE & CARPENTER
Brian R. Strange (SBN 103252)
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310)-826-3210

1  **ATTORNEY ATTESTATION**

2  Pursuant to General Order 45, I, Katherine M. Robison, hereby attest that concurrence in

3  the filing of this document has been obtained from David C. Parisi.

4

5  Dated: November 21, 2013          KATHERINE M. ROBISON

6

7              /s/ Katherine M. Robison
            Katherine M. Robison

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

Having reviewed the proposed briefing schedule above, the Court hereby enters an order setting the following new dates:

| Plaintiffs' Motion for Class Certification | | |
|---|---|---|
| **Event** | **Current Deadline** | **New Deadline** |
| Opposition | November 26, 2013 | December 16, 2013 |
| Deposition of Hulu's Expert to be completed | December 13, 2013 | January 10, 2014 |
| Reply | December 23, 2013 | January 15, 2014 |
| Hearing | February 6, 2014, 9:30 a.m. | Unchanged |

| Hulu's Summary Judgment Motion re: comScore and Facebook "Like" Button | | |
|---|---|---|
| **Event** | **Current Deadline** | **New Deadline** |
| Opposition | December 12, 2013 | December 19, 2013 |
| Reply | January 12, 2014 | January 21, 2014 |
| Hearing | February 6, 2014, 9:30 a.m. | Unchanged |

IT IS SO ORDERED

DATED: November 22, 2013          By: _____
                                      Honorable Laurel Beeler