| | |
|---|---|
| Joseph H. Malley (*pro hac vice*) | Scott A. Kamber (pro hac vice) |
| malleylaw@gmail.com | skamber@kamberlaw.com |
| Law Office of Joseph H. Malley | David A. Stampley (pro hac vice) |
| 1045 North Zang Blvd | dstampley@kamberlaw.com |
| Dallas, TX 75208 | Grace E. Tersigni (pro hac vice) |
| Telephone: (214) 943-6100 | KAMBERLAW, LLC |
| Facsimile: (214) 943-6170 | 100 Wall Street, 23rd Floor |
| | New York, NY 10005 |
| | Telephone: (212) 920-3072 |
| | Facsimile: (212) 202-6364 |
| Brian R. Strange (SBN 103252) | David C. Parisi (SBN 162248) |
| lacounsel@earthlink.net | dcparisi@parisihavens.com |
| STRANGE & CARPENTER | Suzanne Havens Beckman (SBN188814) |
| 12100 Wilshire Blvd., Suite 1900 | shavens@parisihavens.com |
| Los Angeles, California 90025 | PARISI & HAVENS LLP |
| Telephone: (310) 207-5055 | 15233 Valleyheart Drive |
| Facsimile: (310) 826-3210 | Sherman Oaks, CA 91403 |
| | Telephone: (818) 990-1299 |
| | Facsimile: (818) 501-7852 |

Attorneys For Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HULU PRIVACY LITIGATION | Case No. 3:11-cv-03764-LB<br><br>**MOTION OF PLAINTIFFS' COUNSEL, JOSEPH H. MALLEY, TO APPEAR TELEPHONICALLY AT HEARING ON HULU'S SUMMARY JUDGMENT MOTION ON DAMAGES;** [PROPOSED] **ORDER**<br><br>Hearing Date: December 19, 2013<br>Time: 9:30 a.m.<br>Location: Courtroom C – 15th Floor<br>Judge: Hon. Laurel Beeler |

Plaintiffs' counsel, Joseph H. Malley of Law Offices of Joseph H. Malley, P.C., respectfully requests permission to appear telephonically for the hearing on Hulu's summary

judgment motion on damages scheduled for Thursday, December 19, 2013 at 9:30 a.m. David C. Parisi has primary responsibility for arguing this motion. Mr. Malley wishes to be available to participate if needed but is unable to attend in person.

| | |
|---|---|
| Dated: December 17, 2013 | Respectfully Submitted,<br> /s/ Joseph H. Malley<br>Joseph H. Malley |

Joseph H. Malley (*pro hac vice*)
malleylaw@gmail.com
Law Office of Joseph H. Malley
1045 North Zang Blvd
Dallas, TX 75208
Telephone: (214) 943-6100
Facsimile: (214) 943-6170

Scott A. Kamber (*pro hac vice*)
skamber@kamberlaw.com
David A. Stampley (*pro hac vice*)
dstampley@kamberlaw.com
Grace E. Tersigni (*pro hac vice*)
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, NY 10005
Telephone: (212) 920-3072
Facsimile: (212) 202-6364

David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Brian R. Strange (SBN 103252)
lacounsel@earthlink.net
Gretchen Carpenter (SBN 18025)
gcarpenter@strangeandcarpenter.com
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025

Telephone: (310) 207-5055
Facsimile: (310) 826-3210

*Attorneys for Plaintiffs*

[~~PROPOSED~~] ORDER

PURSUANT TO PLAINTIFFS' MOTION, and good cause appearing therefore, it is so ordered:

1. Joseph H. Malley may appear telephonically for the hearing on Hulu's Summary Judgment Motion on Damages set for December 19, 2013 at 9:30 a.m.

2. Joseph H. Malley shall call in for the Hearing through CourtCall service.

**IT IS SO ORDERED.**

DATED: December 16, 2013

_____
HON. LAUREL BEELER
United States Magistrate Judge