UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| IN RE HULU PRIVACY LITIGATION | No. C 11-03764 LB |
| | ORDER RE: SUPPLEMENTAL DECLARATIONS IN SUPPORT OF ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL |

## INTRODUCTION

This order addresses the remaining sealing issues. The legal standards are in the prior order.

## ANALYSIS

### I. HULU'S SUPPLEMENTAL DECLARATION

First, Exhibit 4 has two parts that Hulu wants sealed. For the reasons Hulu identifies, the partial redaction to RFA 7 is fine, and the exhibit may be filed under seal. As to RFA 54, Hulu says that it contains "information that is not public and is commercially sensitive to Hulu. It reveals details of Hulu's confidential business strategy." *Id.* The court denies the motion. This information is what is at issue in this privacy class action. There is a public interest in knowing it. The court cannot see how it reveals business strategy or commercially-sensitive information. It seems pretty obvious from Hulu's business model that the information is so.

Second, Hulu asks the court to allow a narrowly-redacted version of Exhibit 7, the deposition transcript of Hulu's 30(b)(6) witness, Richard Tom, with information about the website design. The

ORDER (C 11-03764 LB)

court grants the motion with respect to Exhibit 7.

Third, Hulu asks to entirely seal Exhibit 20 to the Carpenter Declaration on the ground that it "describes Hulu's business relationship with Facebook and the parties' confidential business and legal strategy around the Facebook 'Like' button." ECF No. 181, ¶ 6. The court grants the motion to seal.

Fourth, the court grants the motion with respect to Exhibit 9.

## II. PLAINTIFFS' SUPPLEMENTAL DECLARATION

As to the personal information about the relationship to the attorney, it may be personal, it may be of limited relevance, and it is not seem sealable under the court's local rule or the cases, which involve sealing presentence investigations, the identifies of cooperating inmates, and medical information. The court grants the motion for everything else, including the fiancee's name, the pseudonym, the cookies, the videos, and the consumers in Exhibit 23.

### CONCLUSION

The parties may file the additional information under seal to the extent authorized by this order.

IT IS SO ORDERED.

Dated: February 1, 2014

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (C 11-03764 LB)

2