# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

**Magistrate Judge LAUREL BEELER**

**Date:** February 27, 2014

**C 11-3764 LB**

**In Re Hulu Privacy Litigation**

| | |
|---|---|
| Plaintiff Attorney(s): | Scott A. Kamber, Joseph H. Malley, David C. Parisi, Gretchen Carpenter and Grace Tersigni (telephonic) |
| Defendant Attorney(s): | Robert M. Schwartz, Victor Jih, Simon Frankel and Katherine M. Robison |

Deputy Clerk: **LASHANDA SCOTT**

Time: 1 Hour and 36 Minutes
Reporter: **FTR: 9:42-11:18**

**PROCEEDINGS:**                                                        **RULING:**

1. Plaintiff's Motion to Certify Class                                  Matter Held
2. Defendant (Hulu) Second Motion for Summary Judgment                  Matter Held

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**

( XX) ORDER TO BE PREPARED BY:   Plntf_____   Deft_____   Court XX

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____   for _____

Notes: _____