UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

IN RE HULU PRIVACY LITIGATION     No. C 11-03764 LB

ORDER

_____/

   The parties are directed to email a word-processible order that contains the chart in ECF No. 223-2 to the court's orders box by noon on July 21, 2014.  The order must be called "Revised Scheduling Order" in the caption, and then should contain one line that states "The following is a revised scheduling order:"   Then the chart with the dates must be inserted, followed by the words "IT IS SO ORDERED", and a signature line for the court's signature.

**IT IS SO ORDERED.**

Dated: July 21, 2014       _____
                                               LAUREL BEELER
                                               United States Magistrate Judge