1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: HULU PRIVACY LITIGATION | ) | Case No. 3:11-CV-03764-LB |
| | ) | |
| | ) | **REVISED SCHEDULING ORDER** |
| | ) | |
| | ) | Judge:          Hon. Laurel Beeler |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

The following is a revised scheduling order:

| Event | Court Ordered Date |
|---|---|
| Class Cert & Knowledge SJ Discovery To Be Completed | 9/19/2014 |
| Deadline for Plaintiffs' Renewed Motion for Class Certification | 10/17/ 2014 |
| Updated CMC Statement | 10/23/2014 |
| Further CMC | 10/30/ 2014 at 11:00 a.m. |
| Opposition to Renewed Motion for Class Certification | 12/17/ 2014 |
| Reply on Renewed Motion for Class Certification | 1/28/2015 |
| Hearing on Renewed Motion for Class Certification | 2/19/ 2015 at 9:30 a.m. |
| Deadline for Hulu MSJ | 8/26/ 2014 |
| Opp'n to Hulu MSJ | 11/3/ 2014 |
| Reply to Hulu MSJ | 11/25/ 2014 |
| Hearing on Hulu MSJ | 12/18/ 2014 at 9:30 a.m. |
| Direct notice by e-mail (and any other methods ordered by the Court) to be provided to class | 60 days after decision on class certification, subject to timing issues arising from other methods ordered by the Court |
| Last day for class members to opt-out | 60 days after class notice is sent |
| Non-Expert discovery completion date | Upon class member opt out date |
| Expert disclosures required by Fed. R. Civ. P. | 3/6/2015 |
| Rebuttal expert disclosures | 3/20/2015 |
| Expert discovery completion date | 4/30/2015 |
| Plaintiff s' Motion for Summary Judgment (must be after opt out date) | 6/5/2015 |
| Opposition To MSJ | 7/6/2015 |
| Reply To MSJ | 7/28/2015 |
| Hearing on MSJ | 8/20/2015 at 9:30 a.m. |
| Meet and confer re pretrial filings | 9/10/2015 |
| Pretrial filings due | 10/2/2015 |
| Oppositions, Objections, Exhibits, and Depo Designations Due | 10/16/2015 |
| Final Pretrial Conference | 10/29/2015 at 1:30 p.m. |
| Trial Commencement | 11/09/2015 at 8:30 a.m. |

**IT IS SO ORDERED.**

DATED: July 24, 2014          By:_____
                                   Hon. Laurel Beeler
                                   United State Magistrate Judge