# EXHIBIT F

# In The Matter Of:

*HULU PRIVACY LITIGATION*

_____

*TOM, RICHARD WAIVEN, 30(B)(6) - Vol. 1*
*August 20, 2013*

_____

*CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER*

**MERRILL CORPORATION**
LegaLink, Inc.
20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

```
10:21:15  1            MR. SCHWARTZ:  Let me just object to the
10:21:17  2     extent it calls for a legal conclusion, and he's not
10:21:17  3     sure what you mean --
10:21:19  4            THE WITNESS:  I'm not sure what you mean,
10:21:19  5     yeah.
10:21:23  6            So did I join and have -- sign a contract
10:21:27  7     to join?  I signed something so, yes, I did sign an
10:21:28  8     agreement to work with them.
10:21:28  9     BY MR. KAMBER:
10:21:31 10         Q.  Okay.  Did anything in your understanding
10:21:36 11     of your agreement with -- not referring to a legal
10:21:39 12     conclusion, but as you describe it, is there
10:21:42 13     anything that would obligate you to be here today or
10:21:46 14     to provide support to Hulu after your departure?
10:21:46 15         A.  No.
10:21:48 16         Q.  And when did you leave Hulu?
10:21:53 17         A.  I left -- my last day was April 2nd of
10:21:58 18     2013.
10:22:00 19            MR. SCHWARTZ:  Sorry.  Can you repeat that
10:22:01 20     date.
10:22:04 21            THE WITNESS:  April 2nd, 2013.
10:22:04 22            MR. SCHWARTZ:  Okay.
10:22:15 23     BY MR. KAMBER:
10:22:18 24         Q.  Okay.  I'm just going to go through a few
         25     of the names you mentioned before.
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
RICHARD WAIVEN TOM, 30(B)(6) - 8/20/2013

Page 22

```
10:22:22  1         A.   Sure.
10:22:26  2         Q.   Xinan Wu, who is he?
10:22:32  3         A.   Xinan Wu is a director of development.  He
10:22:34  4    actually oversees the site development team as well
10:22:38  5    as our -- the Hulu operations team.
10:22:42  6         Q.   How would you describe -- how would you
10:22:44  7    define, "site development team"?
10:22:47  8         A.   The site development team is the team that
10:22:53  9    is focused on all core back-end infrastructure.  So
10:22:56 10    they typically build a lot of the back-end
10:23:00 11    infrastructure that drives other services or other
10:23:15 12    clients, and they also work on the website.
10:23:20 13         Q.   And who does Mr. Wu report to?
10:23:28 14         A.   Today Xinan Wu would report to Brad Suter.
10:23:34 15         Q.   And prior to April 2nd, 2013 who did
10:23:36 16    Mr. Wu report to?
10:23:42 17         A.   Xinan reported to me.
10:23:43 18         Q.   What was your position at that time?
10:23:47 19         A.   I was the chief technology officer for
10:23:47 20    Hulu.
10:23:49 21         Q.   And what were your responsibilities as
10:23:51 22    chief technology officer of Hulu?
10:23:54 23         A.   As the chief technology officer at Hulu I
10:23:58 24    was overseeing the entire software development team,
         25    as well as the operations side of the house, which
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
RICHARD WAIVEN TOM, 30(B)(6) - 8/20/2013

Page 23

10:24:06  1   is also essentially a development team.  That
10:24:11  2   included the site development team or core
10:24:15  3   infrastructure team, as we called them, the
10:24:19  4   operations infrastructure team, reporting,
10:24:23  5   advertising, mobile and living room platforms.
10:24:25  6           So there's a variety of different teams
10:24:30  7   that handle building out all the different back-and
10:24:33  8   services, as well as the front-end infrastructure
10:24:35  9   that we use to deliver the service.
10:24:37 10        Q.   What do you consider a "living room
10:24:39 11   platform"?
10:24:41 12        A.   A living room platform as we've designated
10:24:44 13   it in terms of the software development side of the
10:24:47 14   house are typically the set-top boxes, gaming
10:24:55 15   consoles, Blu-ray Disc and DVD players or TV --
10:24:59 16   connected television devices.  So it's where you
10:25:02 17   build an application for the devices themselves.
10:25:05 18        Q.   And "mobile," although somewhat
10:25:07 19   self-explanatory, I might as well ask.
10:25:11 20        A.   Sure.  Sure.  Mobile includes the
10:25:16 21   smartphones as well as tablets and handheld gaming
10:25:22 22   consoles.
10:25:24 23        Q.   Where do computers, in the traditional
10:25:26 24   sense, fall in the responsibility?
         25        A.   The computer side in terms of Web-based

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
RICHARD WAIVEN TOM, 30(B)(6) - 8/20/2013

Page 24

| | | |
|---|---|---|
| 10:25:33 | 1 | access for content, that all resided over with Xinan |
| 10:25:43 | 2 | Wu and his team. |
| 10:25:43 | 3 | Q.   And how many people were on his team? |
| 10:25:46 | 4 | A.   It's ever evolving, so I'm not sure what |
| 10:25:49 | 5 | the number at this point. And, again, it depends on |
| 10:25:51 | 6 | what portion we're talking about. |
| 10:25:55 | 7 | I'm sure we can get in numbers on that, |
| 10:25:58 | 8 | but I believe it could be anywhere about 10 folks or |
| 10:26:00 | 9 | so on that side of things, on the site side |
| 10:26:03 | 10 | infrastructure, and then another handful of folks on |
| 10:26:04 | 11 | the operations side. |
| 10:26:07 | 12 | Q.   But it all fell under your umbrella prior |
| 10:26:09 | 13 | to your departure? |
| 10:26:15 | 14 | A.   Correct. |
| 10:26:16 | 15 | Q.   And who is Bryon Schafer? |
| 10:26:18 | 16 | A.   Bryon Schafer is the director of research, |
| 10:26:25 | 17 | and so he will oversee kind of any of the research |
| 10:26:29 | 18 | and kind of measurement efforts that we have for the |
| 10:26:36 | 19 | service. |
| 10:26:39 | 20 | Q.   And who does he report to? |
| 10:26:47 | 21 | A.   I believe he reports to JP Colaco. |
| 10:26:49 | 22 | Q.   Did he ever report to you? |
| 10:26:53 | 23 | A.   He did not. |
| 10:26:58 | 24 | Q.   What position does Mr. -- Ms. -- sorry. |
| | 25 | I'm going to mispronounce it, so -- |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
RICHARD WAIVEN TOM, 30(B)(6) - 8/20/2013

Page 129

13:29:53  1   recall who exactly had that, but I believe it was
13:29:55  2   Xinan -- his team at least.
13:29:56  3       Q.   And who was on his team?
13:29:57  4            MR. SCHWARTZ:  Back then?
13:29:57  5   BY MR. KAMBER:
13:29:59  6       Q.   Back then, at the time that the Like
13:30:03  7   button implementation was being done.
13:30:07  8       A.   I'd have to take a snapshot of the org
13:30:08  9   tree.  I'm not sure that I had a --
13:30:10 10       Q.   A snapshot of the what?  I'm sorry.
13:30:12 11       A.   The organization tree.  I had over 130, 40
13:30:15 12   people on the team, so I don't remember the exact
13:30:17 13   list.  But if I had the list in front of me of just
13:30:19 14   names, I could pick them out, like, Oh, this is this
13:30:19 15   person and --
13:30:23 16       Q.   Is that kind of dynamic, like the Git
13:30:24 17   thing, that you can go back and look at any date and
13:30:25 18   look at the organization chart --
13:30:27 19       A.   I am sure that the human resources team --
13:30:29 20   actually, I shouldn't say that.  We have to find out
13:30:32 21   if the human resources team has that.  I don't know
13:30:38 22   if they were using a system for capturing that, so I
13:30:43 23   don't know.  I don't know for sure.
13:30:47 24            But we just need to get, basically, an org
         25   chart.  That changes, obviously, because of the fact

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
RICHARD WAIVEN TOM, 30(B)(6) - 8/20/2013

Page 130

```
13:30:52  1   that the team fluctuates.  We get some people, and
13:30:55  2   some people leave.  But I'm sure we can get a
13:30:58  3   relative -- the other approach that we might be able
13:31:02  4   to take is to look at commits, too, to our
13:31:08  5   SourceTree, but I don't know of any other good way
13:31:09  6   to do it.
13:31:13  7          Q.   Do you know what a "Facebook DATR cookie"
13:31:14  8   is?
13:31:23  9          A.   A "Facebook DATR cookie," I do not.
13:31:30 10          Q.   Are you aware of what cookies Facebook
13:31:31 11   uses?
13:31:34 12          A.   I am not aware of what cookies Facebook,
13:31:37 13   you know, manages on their own.  No, I do not know
13:31:40 14   that.
13:31:47 15          Q.   Are you aware of what cookies the
13:31:57 16   integration with a Like button references?
13:31:59 17               When I say, "references," I'm talking
13:32:02 18   about the integration code that resides on the Hulu
13:32:05 19   server.
13:32:06 20               MR. SCHWARTZ:  Can you take -- your
13:32:09 21   question, I think, is mangled, but it seems vague
13:32:12 22   and ambiguous.  I mean, you schmeared a couple of
13:32:13 23   concepts.
13:32:13 24   BY MR. KAMBER:
         25          Q.   I may have.
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
RICHARD WAIVEN TOM, 30(B)(6) - 8/20/2013

Page 131

```
13:32:24  1        Regarding the integration code that
13:32:26  2   resides on the Hulu server, the integration code --
13:32:28  3   with respect to the integration code for the Hulu
13:32:28  4   Like button that resides on the Hulu server --
13:32:32  5            MR. SCHWARTZ:  You mean --
13:32:32  6            THE REPORTER:  I'm sorry?
13:32:32  7   BY MR. KAMBER:
13:32:35  8       Q.   Strike that.  Must be time for lunch.
13:32:38  9            With respect to the integration code for
13:32:42 10   the Facebook Like button that resides on the Hulu
13:32:49 11   server, are you aware of what cookies it references?
13:32:51 12       A.   Sorry.  Can you clarify what you mean by
13:32:52 13   "it"?
13:32:55 14       Q.   The integration code for the Like button
13:32:59 15   that resides on the Hulu server.
13:33:02 16       A.   And can you also clarify what cookies you
13:33:03 17   mean?
13:33:07 18       Q.   Any cookie that may be -- any cookie that
13:33:10 19   may be referenced in any way in that code.
13:33:13 20       A.   Okay.  I'm not aware of any cookies that
13:33:19 21   are actually being referenced.
13:33:24 22       Q.   When was the last time that you reviewed
13:33:29 23   the code for -- the integration code for the
13:33:32 24   Facebook Like button that resides on the Hulu
         25   server?
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
RICHARD WAIVEN TOM, 30(B)(6) - 8/20/2013

Page 132

```
13:33:36  1         A.   It's -- fully reviewed, it's been a while.
13:33:39  2    I haven't looked at it very recently.
13:33:42  3         Q.   When you say, "a while," what do you mean?
13:33:43  4    More than a year?  More than two years?
13:33:46  5         A.   It's probably less than a year, but it has
13:33:52  6    been months.
13:33:54  7         Q.   Did you review any documents relating to
13:33:57  8    that code prior to -- in preparation for this
13:33:58  9    deposition?
13:34:03 10         A.   I did review the -- Xinan Wu's
13:34:10 11    declaration.
13:34:12 12         Q.   Did you the review any documents to
13:34:16 13    independently verify the information provided in
13:34:18 14    Xinan Wu's declaration?
13:34:18 15         A.   I did not review additional documents on
13:34:19 16    that, no.
13:34:20 17         Q.   Did you have any discussions with
13:34:23 18    anyone -- did you have any discussions with Xinan Wu
13:34:26 19    regarding the implementation of the Facebook Like
13:34:29 20    button in preparation for this deposition.
13:34:35 21              MR. SCHWARTZ:  As long as that's not
13:34:37 22    understood to be or deemed to be a waiver of any
13:34:37 23    privilege --
13:34:39 24              MR. KAMBER:  No.  I'm trying to dance
         25    around it.
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
RICHARD WAIVEN TOM, 30(B)(6) - 8/20/2013

Page 229

```
16:50:18  1   that number is, and I think it all depends on how
16:50:21  2   important advertising is and whether or not those
16:50:25  3   other services are leveraging other measurement
16:50:37  4   firms.
16:50:41  5        Q.   Who was on the Hulu team responsible for
16:50:47  6   the initial implementation of the Facebook Like
16:50:51  7   button?
16:50:54  8        A.   By "implementation," you're talking from a
16:50:58  9   code software developer perspective?
16:51:01 10        Q.   Yes, as you have used the term prior and
16:51:03 11   we defined it in the beginning.
16:51:05 12        A.   Sorry.  Yeah.  The reason why I ask is
16:51:07 13   because sometimes product can be involved in that as
16:51:10 14   well in terms of describing how that path happens.
16:51:12 15        Q.   Start with technical again.
16:51:21 16        A.   Okay.  On the code side, gosh, this team
16:51:24 17   has a number of folks, but I believe it would have
16:51:28 18   been -- it would have been somebody in Xinan Wu's
16:51:29 19   organization.  Again, it goes back to it would have
16:51:34 20   been a site side developer who would have helped or
16:51:38 21   who would have done the work to implement a Facebook
16:51:45 22   Like button on the Hulu page.
16:51:49 23        Q.   And who on the business side?
16:51:51 24        A.   Very likely that on the business side it
         25   would have been a program manager.
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
RICHARD WAIVEN TOM, 30(B)(6) - 8/20/2013

Page 230

```
16:51:59  1         Q.   Who?
16:52:01  2         A.   Again, I would have to look back at that
16:52:05  3    date, but I want to say it was Betina Chan, but I
16:52:08  4    would have to check on that.  And it's B-E-T-I-N-A,
16:52:12  5    and last name is C-H-A-N.  Sorry.  It's Chan-Martin.
16:52:13  6    She got married, but I'm not sure when she got
16:52:18  7    married.  So the last part was a dash with Martin at
16:52:38  8    the end.
16:52:44  9         Q.   On watch pages -- this question refers to
16:52:45 10    watch pages.
16:52:51 11              Is there any distinction on how the code
16:52:56 12    executes -- referring to video content that is not
16:52:57 13    Hulu Plus video content.
16:53:01 14         A.   Okay.  So referring to video content that
16:53:04 15    is not Hulu Plus video content.
16:53:06 16         Q.   Yes.  And referring to the watch page
16:53:07 17    itself.
16:53:07 18         A.   Okay.
16:53:13 19         Q.   Is there any distinction between how code
16:53:17 20    would be -- you know, how -- the rendering of that
16:53:26 21    page or -- would be different for a paid registered
16:53:28 22    user or an unpaid registered user?
16:53:31 23         A.   I'm sorry.  Can you just read back that
16:53:32 24    real quick?
         25         Q.   Yeah.  Again, dealing with -- again,
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
RICHARD WAIVEN TOM, 30(B)(6) - 8/20/2013

Page 282

```
19:01:38  1                      EXAMINATION
19:01:38  2   BY MR. SCHWARTZ:
19:01:40  3        Q.   I wanted to ask you two questions,
19:01:43  4   Mr. Tom.  But just for the record, you're -- in case
19:01:47  5   somebody is watching this video down the road, I'm
19:01:51  6   sitting next to you because I've been defending the
19:01:54  7   deposition, and the reason you're looking this way
19:01:56  8   is because I'm sitting here.  You can continue to
19:01:57  9   look at the camera or even look at me, whatever's
19:01:58 10   easier for you.
19:02:01 11             The questions dealt with -- I want to go
19:02:06 12   back to questions and answers that plaintiffs'
19:02:11 13   lawyer asked you about Facebook integration.
19:02:13 14             Do you remember discussing -- actually,
19:02:16 15   not Facebook integration but the Like button, the
19:02:19 16   Facebook Like button on Hulu watch pages?  Do you
19:02:20 17   remember being asked about that?
19:02:22 18        A.   I do.
19:02:24 19        Q.   All right.  And you were asked about also
19:02:29 20   cookies that Facebook -- Facebook cookies that would
19:02:33 21   be loaded on a user's Web browser, if there
19:02:36 22   were -- because of the presence of a Like button on
19:02:38 23   the watch page.
19:02:40 24             Do you remember that topic?
         25        A.   I remember topics of that nature, yes.
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
RICHARD WAIVEN TOM, 30(B)(6) - 8/20/2013

Page 283

```
19:02:46  1       Q.    Okay.  So here's my question:  Who places
19:02:50  2    the Facebook cookies on the user's Web browser?
19:02:52  3       A.    Who places -- so the question is, who
19:02:57  4    places the Facebook cookies within the browser --
19:02:57  5       Q.    Yes.
19:03:00  6       A.    -- on behalf of the user?
19:03:03  7             If there -- if what we're talking about is
19:03:08  8    cookies from the Facebook domain, those cookies are
19:03:12  9    delivered from Facebook servers to the user and
19:03:14 10    stored in the cache.
19:03:17 11       Q.    I'm sorry.  Does Hulu ever deliver
19:03:18 12    Facebook cookies?
19:03:22 13       A.    Hulu does not deliver cookies
19:03:25 14    to -- cookies that are in the Facebook domain, no.
19:03:28 15       Q.    Does Hulu know anything about the content
19:03:34 16    or function of Facebook cookies?
19:03:37 17       A.    Not that I'm aware of, no.
19:03:43 18       Q.    Can you or somebody at Hulu access and
19:03:48 19    look inside to see what content exists within any of
19:03:52 20    the Facebook cookies that may end up on a user's
19:03:56 21    browser by reason of the presence of the Like button
19:04:00 22    on a Hulu watch page?
19:04:02 23       A.    If the question is, can you on the
19:04:05 24    client's side take a look at what cookies are being
         25    stored in the browser cache, you can look at what
```

```
              CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
                RICHARD WAIVEN TOM, 30(B)(6) - 8/20/2013
```

Page 284

```
19:04:11  1   cookies are being stored in the browser cache.
19:04:16  2            But as to what the usage or functionality
19:04:19  3   or reason for those cookies being stored in the
19:04:22  4   client cache, you'd have to check with Facebook.
19:04:23  5            MR. SCHWARTZ:  Nothing else.
19:04:23  6
19:04:23  7                   FURTHER EXAMINATION
19:04:24  8   BY MR. KAMBER:
19:04:28  9       Q.   Just one follow-up from that.
19:04:32 10            Did Hulu have a -- in looking through the
19:04:35 11   documents, there seem to be a lot of emails going
19:04:38 12   back and forth between Hulu and Facebook.
19:04:40 13            Is it fair to say that Hulu and Facebook
19:04:45 14   have an ongoing cooperation between their technical
19:04:48 15   developers?
19:04:49 16            MR. SCHWARTZ:  Objection.  Vague and
19:04:50 17   ambiguous.  Overbroad.
19:04:52 18   BY MR. KAMBER:
19:04:53 19       Q.   I'll rephrase the question.  Actually,
19:04:58 20   I'll make it -- as much as I can put together a
19:05:02 21   question at this hour...
19:05:06 22            When you were the CTO of Hulu if you had a
19:05:10 23   question regarding Facebook, could you call up
19:05:16 24   somebody at Facebook and ask them the question?
         25       A.   If the Hulu team had a question very
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
RICHARD WAIVEN TOM, 30(B)(6) - 8/20/2013

Page 285

19:05:24  1   specific to the integration there -- again, I don't
19:05:27  2   know if there would be a phone number that somebody
19:05:31  3   could call.  But given that there is a relationship
19:05:34  4   in terms of having them be a partner and performing
19:05:37  5   an integration, it's fairly common in those
19:05:40  6   scenarios for there to be a resource, and that
19:05:44  7   resource could be a developer on the other side or
19:05:46  8   somebody on the product team.
19:05:48  9            And as I had mentioned, there's business
19:05:52 10   side relationships, and so that's certainly a path
19:05:54 11   that somebody on the Hulu team could take, which is
19:05:58 12   to reach out to the business side of the contacts to
19:06:02 13   get a technical contact, and so I'm sure that -- I
19:06:05 14   wouldn't be surprised if there was communication
19:06:07 15   between integration partners because as you
19:06:10 16   integrate, you may bump into issues that you need to
19:06:14 17   get resolved.  And a fairly fast way, instead of
19:06:17 18   wading through documentation, is to talk to another
19:06:22 19   developer.
19:06:26 20       Q.   Did anyone at Hulu ever ask anything about
19:06:29 21   the content -- ask Facebook anything about the
19:06:33 22   content or function of Facebook cookies?
19:06:35 23       A.   I'd have to look at the communication to
19:06:39 24   know that.  I'm not a part of all communications
         25   that happen between any integration partners and

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
RICHARD WAIVEN TOM, 30(B)(6) - 8/20/2013

Page 286

| | | |
|---|---|---|
| 19:06:43 | 1 | Hulu. |
| 19:06:45 | 2 | Q.   So when Mr. Schwartz asked you if you knew |
| 19:06:47 | 3 | anything about the content or function of the |
| 19:06:52 | 4 | Facebook cookies, and you answered, "Not that I'm |
| 19:06:54 | 5 | aware of, no," you were answering based |
| 19:06:57 | 6 | upon -- based upon your knowledge? |
| 19:07:01 | 7 | A.   I was -- correct, because I don't know of |
| 19:07:04 | 8 | any communication like that would happen.  So unless |
| 19:07:06 | 9 | there was a communication like that that happened, |
| 19:07:07 | 10 | you know, I wouldn't know. |
| 19:07:10 | 11 | Q.   And you never asked anyone to make that |
| 19:07:10 | 12 | communication? |
| 19:07:11 | 13 | A.   Not that I recall. |
| 19:07:17 | 14 | Q.   And you don't know if anybody on your team |
| 19:07:23 | 15 | made that communication or reported it to you? |
| 19:07:27 | 16 | A.   Not that I recall. |
| 19:07:29 | 17 |         MR. KAMBER:  No further questions. |
| 19:07:30 | 18 |         MR. SCHWARTZ:  Thank you very much.  I |
| 19:07:31 | 19 | appreciate everyone. |
| 19:07:31 | 20 |         MR. KAMBER:  Thank you.  I very much |
| 19:07:35 | 21 | appreciate your time.  Well, you can enjoy the |
| 19:07:38 | 22 | sunset, not the day. |
| 19:07:39 | 23 |         VIDEO OPERATOR:  This concludes the |
| 19:07:43 | 24 | deposition of Richard Tom, Volume I. |
| | 25 |         The number of videotapes used was four. |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
RICHARD WAIVEN TOM, 30(B)(6) - 8/20/2013

Page 287

19:07:49  1   The original videotapes will retained by Merrill
19:07:51  2   Legal Solutions at 20750 Ventura Boulevard, Suite
19:07:57  3   205, Woodland Hills, California 91364.  Off the
19:08:00  4   record at 7:07.
          5
          6           (Whereupon, at 7:07 p.m., the
          7        deposition of RICHARD WAIVEN TOM was concluded.)
          8
          9
         10
         11
         12
         13
         14
         15
         16
         17
         18
         19
         20
         21
         22
         23
         24
         25

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
RICHARD WAIVEN TOM, 30(B)(6) - 8/20/2013

Page 289

```
 1   STATE OF CALIFORNIA        )
                                )   SS.
 2   COUNTY OF LOS ANGELES      )

 3        I, CATHY A. REECE, CSR No. 5546 for the State
 4   of California, do hereby declare:
 5        That prior to being examined, the witness named
 6   in the foregoing deposition was duly sworn to
 7   testify to the truth, the whole truth, and nothing
 8   but the truth;
 9        That said deposition was taken down by me in
10   shorthand at the time and place therein named and
11   thereafter reduced to computerized transcription and
12   that the same is a true, correct and complete
13   transcript of said proceedings.
14            Before completion of the transcript,
15   review of the transcript [ ] was [X] was not
16   requested.  If requested, any changes made by the
17   deponent (and provided to the reporter) during the
18   period allowed are appended hereto.
19            I further certify that I am not interested
20   in the outcome of the action.
21            Witness my hand this ____ day of
22   _____, 2013.
23
24
25                              _____
                                CATHY A. REECE, RPR, CSR No. 5546
```