# EXHIBIT G

# In The Matter Of:

*HULU PRIVACY LITIGATION*

_____

*WU, XINAN - Vol. 1*
*December 4, 2013*

_____

*CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER*

**MERRILL CORPORATION**
LegaLink, Inc.
20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
XINAN WU - 12/4/2013

Page 95

```
12:22:14  1        Q.   What information from -- during 2011 what
12:22:20  2   information was being provided to Facebook when a
12:22:38  3   user -- when a Hulu user visited the watch page?
12:22:44  4        A.   I -- it is hard to answer that question
12:22:52  5   because -- because I have to really look at the
12:22:56  6   request pattern and process to look at that.
12:22:58  7        Q.   Did you do that in advance of providing
12:23:01  8   your declaration?
12:23:09  9        A.   No.
12:23:12 10        Q.   Do you know if anybody at Hulu has ever
12:23:15 11   used Fiddler to determine what information was being
12:23:19 12   sent to Hulu -- was being sent to Facebook when
12:23:27 13   a -- when a user visited the watch page?
12:23:30 14        A.   No.  Not to my knowledge.
12:23:33 15        Q.   Again, is it possible that that was done
12:23:36 16   by someone at Hulu without your knowledge?
12:23:58 17        A.   It is possible.
12:24:04 18        Q.   With respect to comScore, is there code on
12:24:13 19   the watch page that provides -- that provides -- is
12:24:18 20   there code -- is there a GET request on the watch
12:24:26 21   page for the comScore domain?
12:24:29 22        A.   I have heard of it, but I don't know.  I
12:24:29 23   don't recall.
12:24:41 24        Q.   Okay.  Do you know how -- in the course of
         25   the -- in the course of the declarations and the
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
XINAN WU - 12/4/2013

Page 96

```
12:24:46  1   papers that are filed with the court -- I know that
12:24:49  2   you have testified you haven't seen those, just
12:24:53  3   taking a shortcut, that there are -- there's
12:24:57  4   information that was provided by Hulu to comScore.
12:25:01  5           Are you familiar with the process by which
12:25:06  6   comScore receives that information via from watch
12:25:08  7   page views?
12:25:09  8       A.   No.
12:25:59  9       Q.   Okay.  You don't know any -- okay.
12:26:07 10           Do you know -- during 2011 when a Hulu
12:26:17 11   user visited a watch page do you know whether that
12:26:22 12   user had their -- assuming that user was a Facebook
12:26:25 13   user -- do you know if that user had their Facebook
12:26:30 14   ID transmitted to Facebook when they visited the
12:26:36 15   watch page?
12:26:42 16       A.   I don't know.
12:26:44 17       Q.   Have you ever reviewed any session
12:26:51 18   captures of -- from watch page visits in 2011?
12:26:53 19       A.   Sorry.  What do you mean by, "session
12:26:54 20   captures"?
12:27:01 21       Q.   A session capture as in -- using Fiddler
12:27:07 22   to -- or other device to capture the data -- any
12:27:09 23   data that was sent.
12:27:11 24       A.   Sent between?
         25       Q.   Between the user's -- between the user's
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
XINAN WU - 12/4/2013

Page 97

```
12:27:19  1   browser and Facebook, for instance -- in this
12:27:25  2   instance upon a visit to the Hulu watch page.
12:27:26  3              MR. SCHWARTZ:  Can you just put that
12:27:28  4   together again in a full question?
12:27:29  5   BY MR. KAMBER:
12:27:30  6       Q.   That's an interesting question, whether I
12:27:31  7   can.
12:27:34  8            Do you know what a "session capture" is?
12:27:36  9       A.   Well, you explained, yes.
12:27:39 10       Q.   Okay.  But without my explanation, have
12:27:40 11   you heard the term, "session capture"?
12:27:40 12       A.   There's many different ways to interpret
12:27:42 13   that.
12:27:44 14       Q.   Have you ever heard, "session capture" in
12:27:45 15   the context of Fiddler, the Fiddler software?
12:27:47 16       A.   Yeah, so --
12:27:49 17       Q.   What is your understanding of "session
12:27:51 18   capture" in the context of the Fiddler software?
12:27:52 19       A.   My understanding would be, like, you
12:27:56 20   capture all the HTTP request and then review them
12:27:57 21   within the Fiddler.
12:28:03 22       Q.   Have you ever done that for -- for -- seen
12:28:10 23   captures of watch page visits for 2011?
12:28:16 24       A.   I don't recall a specific capture or event
         25   we did that, but I've used similar tools.
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
XINAN WU - 12/4/2013

Page 98

```
12:28:26  1        Q.   So you don't have any -- you don't have
12:28:37  2   any personal knowledge as to whether the Facebook
12:28:44  3   user ID was sent along with the URL header to
12:28:50  4   Facebook during 2011 when a user visited the watch
12:28:51  5   page?
12:28:54  6        A.   Well, as of right now I don't recall
12:28:55  7   anything like that.
12:29:12  8        Q.   I'm going to hand you a document to be
12:29:15  9   marked as plaintiffs' Exhibit --
12:29:16 10             MR. SCHWARTZ:  12.
12:29:17 11             MR. KAMBER:  -- 12.
12:29:19 12             (Exhibit 12 was marked for I.D.)
12:29:20 13   BY MR. KAMBER:
12:29:23 14        Q.   And it is not Bates numbered, but it was
12:29:26 15   produced -- I will represent that it was produced
12:29:29 16   and it was part of a native -- these were produced
12:29:33 17   in their native format, and I think that when
12:29:36 18   printed we -- it doesn't print a particular Bates
12:29:40 19   number.  But it's from that grouping of documents --
12:29:43 20             MR. PARISI:  On November 6, 2013.
12:29:43 21             MR. KAMBER:  From our production on
12:29:44 22   November 6, 2013.
12:29:44 23             MR. SCHWARTZ:  It's your production;
12:29:46 24   that's not ours?
         25             MR. KAMBER:  Yes.
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
XINAN WU - 12/4/2013

Page 99

```
12:30:05  1        Q.   Yeah.  We could try to blow it up a little
12:30:08  2   bit bigger.
12:30:09  3        A.   That's fine.
12:30:10  4        Q.   Are you able to read it?
12:30:11  5        A.   Yes.
12:30:13  6        Q.   Do you recognize -- have you ever seen
12:30:18  7   this document before?
12:30:19  8        A.   This particular document?
12:30:20  9        Q.   Yes.
12:30:25 10        A.   No.
12:30:27 11        Q.   Do you recognize this to be a session
12:30:28 12   capture?
12:30:31 13        A.   Well, it is kind -- some kind of session
12:30:32 14   capture.
12:30:36 15        Q.   Okay.  Do you recognize what type of
12:30:40 16   session capture it is or where it is from?
12:30:42 17        A.   Well, from this -- what it says, it looks
12:30:48 18   like it's calling Facebook.  It makes a request to
12:30:50 19   Facebook.com.
12:31:07 20        Q.   Okay.  And I -- I will represent to you
12:31:10 21   that it's a session capture of a visit to a watch
12:31:11 22   page --
12:31:12 23        A.   Uh-huh.
12:31:15 24        Q.   -- a Hulu watch page --
         25        A.   Okay.
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
XINAN WU - 12/4/2013

Page 100

| | | |
|---|---|---|
| 12:31:17 | 1 | Q.    -- during 2011. |
| 12:31:22 | 2 | A.    Okay. |
| 12:31:22 | 3 | MR. SCHWARTZ:  Can you just clarify one |
| 12:31:25 | 4 | thing about it?  There's a -- some of the text has a |
| 12:31:27 | 5 | box around it. |
| 12:31:31 | 6 | Was that in native -- the original session |
| 12:31:33 | 7 | capture or was that added after? |
| 12:31:35 | 8 | MR. KAMBER:  No.  No.  No.  Which -- |
| 12:31:35 | 9 | MR. PARISI:  Which? |
| 12:31:37 | 10 | MR. SCHWARTZ:  There are two text boxes, |
| 12:31:40 | 11 | two boxes or lines drawn. |
| 12:31:42 | 12 | MR. KAMBER:  No.  The boxes and lines were |
| 12:31:46 | 13 | done to -- which?  Are you talking about the ones on |
| 12:31:47 | 14 | the outside of the page? |
| 12:31:48 | 15 | MR. SCHWARTZ:  No.  I meant in the -- |
| 12:31:50 | 16 | MR. KAMBER:  No.  That was -- no.  That |
| 12:31:55 | 17 | was -- that was not -- that was added at some point |
| 12:31:58 | 18 | before the production, I believe. |
| 12:31:59 | 19 | MR. SCHWARTZ:  Right.  That's my |
| 12:32:00 | 20 | assumption. |
| 12:32:02 | 21 | So if you can just confirm that the |
| 12:32:05 | 22 | software that does the capture of the data |
| 12:32:08 | 23 | doesn't -- didn't know to do that.  That's |
| 12:32:09 | 24 | something -- |
| | 25 | MR. KAMBER:  No.  No.  No.  That was -- |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
XINAN WU - 12/4/2013

Page 101

```
12:32:12  1   that was humans.
12:32:13  2             MR. SCHWARTZ:  Thank you.
12:32:13  3             MR. KAMBER:  For better or for --
12:32:14  4             MR. SCHWARTZ:  Do you understand what we
12:32:15  5   are referring to?
12:32:16  6             THE WITNESS:  Yes.
12:32:18  7             MR. SCHWARTZ:  Okay.
12:32:22  8             MR. KAMBER:  Thank you.
12:32:24  9        Q.   Is there anything about this session
12:32:28 10   capture that would be inconsistent -- in your
12:32:30 11   knowledge -- that is inconsistent with it being a
12:32:36 12   capture from visit to a watch page?
12:32:38 13        A.   Well, I've never done this myself, so I
12:32:41 14   can't -- I can't confirm or deny this.
12:32:49 15        Q.   Okay.  The second box, the one
12:32:54 16   under -- after the colon, "Cookie" and "act" equals
12:32:58 17   a long number.  Then there's a box around "user"
12:32:59 18   equals.
12:33:02 19             Do you recognize that to be a Facebook ID?
12:33:04 20        A.   I don't know what it is.
12:33:34 21        Q.   Okay.  Do you know when Hulu began to
12:33:38 22   send -- sorry.  Let me rephrase it.
12:33:42 23             Upon a visit to the watch page this -- oh,
12:33:53 24   it's me.
         25             (Phone call interruption.)
```

Page 102

```
12:33:54  1              MR. KAMBER:  Sorry.  Underneath
12:33:58  2   my collection of papers is a phone vibrating.
12:34:05  3   Sorry.
12:34:10  4        Q.   When a user -- when a Facebook user who is
12:34:14  5   not a participant in Facebook Connect -- when a
12:34:20  6   Facebook user visited a Hulu watch page are you
12:34:25  7   aware of what -- during what period of time the
12:34:32  8   user's Facebook ID would have been transmitted to
12:34:37  9   Facebook upon a visit to the watch page?
12:34:37 10              MR. SCHWARTZ:  Objection.  Calls for
12:34:41 11   speculation.  Lack of foundation.
12:34:43 12              THE WITNESS:  Yeah.  So as I said, I
12:34:45 13   didn't even know we -- there is a user ID
12:34:48 14   transmitted, so I don't know the date range or
12:34:49 15   anything like that.
12:34:50 16   BY MR. KAMBER:
12:35:06 17        Q.   If the user ID was -- sorry.
12:35:09 18             Do you know during which period of time
12:35:14 19   when a Hulu -- when a user, Hulu user, visited a
12:35:21 20   Hulu watch page that the execution of the GET
12:35:29 21   request trans- -- instructed the browser to transmit
12:35:36 22   the URL header and Facebook cookie back to Facebook?
12:35:38 23              MR. SCHWARTZ:  Calls for speculation.
12:35:40 24              THE WITNESS:  Which GET request are you
         25   talking about?
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
XINAN WU - 12/4/2013

Page 103

```
12:35:40  1   BY MR. KAMBER:
12:35:44  2       Q.   The Facebook GET request.
12:35:46  3            MR. SCHWARTZ:  Same objection.
12:35:51  4            THE WITNESS:  Yeah.  So similar to Google
12:35:55  5   Analytics, we put a script, Facebook script, in our
12:35:59  6   watch page, and after that it's all controlled by
12:36:03  7   Facebook.  So I'm not sure if it did that or not.
12:36:06  8   BY MR. KAMBER:
12:36:09  9       Q.   But from your work regarding the
12:36:13 10   authentication process -- the Facebook
12:36:16 11   authentication process during Facebook Connect you
12:36:21 12   knew that in certain circumstances that Facebook was
12:36:29 13   able to auto-authenticate the user?
12:36:32 14       A.   What do you mean by, "auto-authenticate"?
12:36:35 15       Q.   Directing you to plaintiffs' Exhibit 9,
12:36:38 16   your July declaration, Paragraph 18 --
12:36:49 17       A.   Okay.  Okay.
12:36:51 18       Q.   -- that's what I'm referring to as
12:36:53 19   "auto-authenticate."
12:36:54 20            "If the user was already
12:36:54 21             logged in to Facebook in the same
12:36:56 22             web browser he or she was using for
12:37:00 23             hulu.com, this Facebook log-in
12:37:01 24             screen would be skipped."
         25       A.   Yes.
```

```
12:56:18  1    with Facebook?
12:56:19  2         A.    Yes.
12:56:21  3         Q.    Okay.  And that was done as part of
12:56:25  4    rolling out the Facebook Connect feature?
12:56:27  5         A.    I think so, yes.
12:56:29  6         Q.    And there was also -- and there was also a
12:56:31  7    team involved in contact with Facebook regarding
12:56:34  8    rolling out the Like button feature as well;
12:56:34  9    correct?
12:56:36 10         A.    That I don't know.
12:56:44 11         Q.    Okay.  Do you know if anyone's asked
12:56:48 12    Facebook what information it stores in its cookies?
12:56:56 13         A.    No, I don't know.
12:56:58 14         Q.    Have you ever -- do you know if anyone has
12:57:01 15    asked Facebook what it does with the information, if
12:57:03 16    it collects information -- if it collects any
12:57:06 17    infor- -- sorry -- if it collects any information
12:57:08 18    from Hulu users about --
12:57:08 19               MR. SCHWARTZ:  You're asking --
12:57:09 20    BY MR. KAMBER:
12:57:13 21         Q.    -- about -- about -- information about
12:57:15 22    their visits to the watch pages?
12:57:17 23               MR. SCHWARTZ:  Your question is if anyone
12:57:19 24    at Hulu -- if he knows if anyone at Hulu has asked
         25    about that subject?
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
XINAN WU - 12/4/2013

Page 119

```
12:57:21  1   BY MR. KAMBER:
12:57:22  2        Q.  Yes.
12:57:24  3        A.  Right.  I'm not aware of that.
12:57:28  4        Q.  You're not aware one way or the other?
12:57:30  5        A.  No.
12:57:31  6            MR. SCHWARTZ:  You need to give an oral
12:57:34  7   answer.
12:57:34  8            THE WITNESS:  Yeah.  Sorry.
12:57:37  9   BY MR. KAMBER:
12:57:39 10        Q.  But you know from your own experience --
12:57:41 11   you know that there is some information being
12:57:44 12   transmitted to Facebook when you visit a watch page,
12:57:52 13   a Facebook user visits a watch page; correct?
12:57:54 14        A.  I didn't look at that specifically.  I
12:57:55 15   don't know.
12:57:55 16        Q.  But you know there is -- but from your
12:57:57 17   captures you know there's -- I'm not saying what
12:57:59 18   that information is, but you know some information
12:58:00 19   is being transmitted?
12:58:03 20        A.  Well, we make our GET request.  That's all
12:58:04 21   I know.
12:58:06 22        Q.  And you've never asked anyone at
12:58:09 23   Facebook or asked -- you've never asked anyone at
12:58:11 24   Facebook what they do with that information?
         25        A.  No.  Never.
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
XINAN WU - 12/4/2013

Page 120

```
12:58:35  1       Q.   With regard to -- with regard to Paragraph
12:58:39  2   32, did you make any edits to Paragraph 32 after it
12:58:43  3   was provided to you by the attorneys?
12:58:46  4       A.   I don't recall any specific edits I made,
12:58:53  5   so, no.
12:58:56  6       Q.   Do you know how it would affect
12:59:01  7   functionality of -- a user's functionality of
12:59:03  8   visiting Facebook if it's -- if a user stopped
12:59:03  9   Facebook from storing, accessing --
12:59:03 10            THE REPORTER:  I'm sorry.  I lost your
12:59:05 11   question.
12:59:07 12   BY MR. KAMBER:
12:59:05 13       Q.   Sorry.  Yes.
12:59:09 14            Do you know how it would affect the
12:59:14 15   functionality -- a user's functionality of Facebook
12:59:19 16   if, as it is suggested in Paragraph 32, a user stops
12:59:23 17   Facebook from storing, accessing or writing
12:59:34 18   information in cookies by blocking all cookies?
12:59:45 19       A.   I don't know.
12:59:58 20       Q.   Does Hulu ever advise users that any
13:00:03 21   information is transmitted -- is transmitted to
13:00:05 22   Facebook upon visiting the watch page?
13:00:08 23            MR. SCHWARTZ:  Calls for speculation.
         24            THE WITNESS:  I'm not aware of that.
         25   ///
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
XINAN WU - 12/4/2013

Page 143

```
 1   STATE OF CALIFORNIA            )
                                    )   SS.
 2   COUNTY OF LOS ANGELES          )

 3        I, CATHY A. REECE, CSR No. 5546 for the State
 4   of California, do hereby declare:
 5        That prior to being examined, the witness named
 6   in the foregoing deposition was duly sworn to
 7   testify to the truth, the whole truth, and nothing
 8   but the truth;
 9        That said deposition was taken down by me in
10   shorthand at the time and place therein named and
11   thereafter reduced to computerized transcription and
12   that the same is a true, correct and complete
13   transcript of said proceedings.
14           Before completion of the transcript,
15   review of the transcript [ ] was [X] was not
16   requested.  If requested, any changes made by the
17   deponent (and provided to the reporter) during the
18   period allowed are appended hereto.
19            I further certify that I am not interested
20   in the outcome of the action.
21            Witness my hand this ____ day of
22   _____, 2013.
23
24
25                        _____
                          CATHY A. REECE, RPR, CSR No. 5546
```