| | |
|---|---|
| 1 | ROBERT M. SCHWARTZ (S.B. #117166) |
|   | rschwartz@omm.com |
| 2 | VICTOR JIH (S.B. #186515) |
|   | vjih@omm.com |
| 3 | STEVEN M. DUNST (S.B. #281848) |
|   | sdunst@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 1999 Avenue of the Stars |
| 5 | Los Angeles, California  90067-6035 |
|   | Telephone:     (310) 553-6700 |
| 6 | Facsimile:      (310) 246-6779 |
| 7 | SIMON J. FRANKEL (SB# 171552) |
|   | sfrankel@cov.com |
| 8 | EMILY JOHNSON HENN (SB# 269482) |
|   | ehenn@cov.com |
| 9 | COVINGTON & BURLING LLP |
|   | One Front Street |
| 10 | San Francisco, CA 94111 |
|   | Telephone:  (415) 591-6000 |
| 11 | |
|   | Attorneys for Defendant |
| 12 | Hulu, LLC |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HULU PRIVACY LITIGATION | Case No.  4:11-CV-03764-LB |
|  | **[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATION REGARDING RECORDING HEARINGS** |

1   On October 8, 2014, the plaintiffs and defendant Hulu, LLC ("Hulu") submitted a joint
2   stipulation titled Joint Stipulation Regarding Recording Hearing ("Joint Stipulation").  The parties
3   requested that each hearing before the Court, including telephonic hearings and case management
4   conferences, is audio-recorded on FTR or on a tape.
5   The Court, having considered the Joint Stipulation, HEREBY ORDERS that the Joint
6   Stipulation Regarding Recording Hearings is GRANTED in full.

9   Dated: October 9, 2014

    The Honorable Laurel Beeler
    United States District Court Judge

[PROPOSED] ORDER
CASE NO. CV 11 3764