1  David C. Parisi (SBN 162248)
   dcparisi@parisihavens.com
2  PARISI & HAVENS LLP
   212 Marine Street, Suite 100
3  Santa Monica, California 90405
   Telephone: (818) 990-1299
4  Facsimile: (818) 501-7852

5  Scott A. Kamber (pro hac vice)
   skamber@kamberlaw.com
6  David A. Stampley(pro hac vice)
   dstampley@kamberlaw.com
7  KAMBERLAW, LLC
   100 Wall Street, 23rd Floor
8  New York, New York 10005
   Telephone: (212) 920-3072
9  Facsimile: (212) 202-6364

10 *Counsel for Plaintiffs*

11 Robert M. Schwartz (S.B. #117166)
   rschwartz@omm.com
12 Victor Jih (S.B. #186515)
   vjih@omm.com
13 Amy R. Lucas (S.B. #264034)
   alucas@omm.com
14 O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
15 Los Angeles, CA 90067-6035
   Telephone: (310) 553-6700
16 Facsimile: (310) 246-6779

17 *Counsel for Defendant Hulu, LLC*

18 Additional Counsel on Signature Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE HULU PRIVACY LITIGATION | C 11-03764 LB |
| | **JOINT STIPULATION RE SCHEDULING OF HULU'S MOTION FOR SUMMARY JUDGMENT RE: KNOWLEDGE** |

WHEREAS, the on November 20, 2014, the Court set the following schedule with respect to Hulu's Motion for Summary Judgment regarding Knowledge (Dkt. No. 230): Opposition due January 15, 2015; Reply due February 5, 2015; and hearing date of February 18, 2015 at 9:30 a.m.

WHEREAS, due to scheduling conflicts with counsel with regard to the original hearing date as well as an agreement by the parties, the parties now request that the scheduling with respect to Hulu's Motion for Summary Judgment regarding Knowledge be modified as follows:

| Event | Original Date | Requested Date |
|---|---|---|
| Opposition | January 15, 2015 | January 22, 2015 |
| Reply | February 5, 2015 | February 12, 2015 |
| Hearing | February 18, 2015 at 9:30 a.m. | February 26, 2015 at 9:30 a.m. |

Dated: December 19, 2015

By:    /s/Scott A. Kamber
     Scott A. Kamber

Scott A. Kamber (pro hac vice)
skamber@kamberlaw.com
David A. Stampley (pro hac vice)
dstampley@kamberlaw.com
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone: (212) 920-3072
Facsimile: (212) 202-6364

Deborah Kravitz (SBN 275661)
dkravitz@kamberlaw.com
KAMBERLAW LLP
141 North Street
Healdsburg, CA 95448
Telephone: (707) 820-4247
Facsimile: (212) 920-3081

David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Brian R. Strange (Cal. Bar. No. 103252)
LACounsel@earthlink.net
Gretchen Carpenter (SBN 180525)
gcarpenter@strangeandcarpenter.com
STRANGE & CARPENTER
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

Joseph A. Malley (pro hac vice)
malleylaw@gmail.com
LAW OFFICE OF JOSEPH A. MALLEY
1045 North Zang Blvd.
Dallas, Texas 75208
Telephone: (214) 943-6100
Facsimile: (310) 943-6170

By: \_\_\_/s/Robert Schwartz_____

Robert Schwartz

Robert M. Schwartz (S.B. #117166)
rschwartz@omm.com
Victor Jih (S.B. #186515)
vjih@omm.com
Amy R. Lucas (S.B. #264034)
alucas@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

SIMON J. FRANKEL (SB# 171552)
sfrankel@cov.com
EMILY JOHNSON HENN (SB# 269482)
ehenn@cov.com

COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000

Attorneys for Defendant, Hulu, LLC

**[PROPOSED] ORDER**

PURSUANT to the parties' stipulation, and good cause appearing therefore, it is so ordered the scheduling for Hulu's Motion for Summary Judgment regarding Knowledge is modified as follows:

| Event | Date |
| --- | --- |
| Opposition | January 22, 2015 |
| Reply | February 12, 2015 |
| Hearing | February 26, 2015 at 9:30 a.m. |

IT IS SO ORDERED.

DATED: December 23, 2014

_____
HON. LAUREL BEELER
United States Magistrate Judge