FILED

UNITED STATES COURT OF APPEALS

OCT 28 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: HULU PRIVACY LITIGATION, | No. 15-15774 |
| JOSEPH GARVEY; et al., | D.C. No. 3:11-cv-03764-LB<br>Northern District of California,<br>San Francisco |
| Plaintiffs - Appellants, | |
| v. | ORDER |
| HULU, LLC, | |
| Defendant - Appellee. | |

Pursuant to the parties' stipulated motion, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Margaret A. Corrigan
Circuit Mediator

MAC/Mediation